UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>     Plaintiff,<br><br> v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., ET AL,<br><br>     Defendants. | Civil Action No. 3:24-CV-00090-JAM |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned hereby appears in this action as counsel for the Plaintiff, Janel Grant.

            Respectfully submitted,
            ROBINSON & COLE LLP

By: */s/ Sandra Marin Lautier*
   Sandra Marin Lautier (ct29886)
   ROBINSON & COLE LLP
   280 Trumbull Street
   Hartford, CT 06103
   Tel: (860) 275-8200
   Fax: (860) 275-8299
   E-mail: SLautier@rc.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Sandra Marin Lautier*
Sandra Marin Lautier