## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No.: 3:24-cv-00090 |
| | ) |
| vs. | ) |
| | ) <u>JURY TRIAL DEMANDED</u> |
| WORLD WRESTLING ENTERTAINMENT, | ) |
| INC., n/k/a WORLD WRESTLING | ) |
| ENTERTAINMENT, LLC, VINCENT K. | ) |
| MCMAHON, and JOHN LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

### <u>NOTICE OF APPEARANCE</u>

COMES NOW, Gregory R. Jones of Holland Law Firm, LLC, and hereby enters his appearance as attorney of record for Plaintiff.

Dated: February 2, 2024              HOLLAND LAW FIRM, LLC

<u>/s/ Gregory R. Jones</u>
ERIC D. HOLLAND (phv207692)
GREGORY R. JONES (phv207693)
211 North Broadway, Suite 2625
St. Louis, MO  63102
314-241-8111 Telephone
314-241-5554 Facsimile
eholland@hollandtriallawyers.com
gjones@hollandtriallawyers.com

ANN E. CALLIS (phv207694)
6181 Bennett Drive, Suite 210
Edwardsville, IL 62025
618-452-1323 Telephone
618-452-8024 Facsimile
acallis@hollandtriallawyers.com

*Attorneys for Plaintiff Janel Grant*

ROBINSON & COLE, LLP
Benjamin M. Daniels (ct29713)
Sandra Martin Lautier (ct29886)
280 Trumbull Street
Hartford, CT  06103
860-275-8200 Telephone
862-275-8299 Facsimile
bdaniels@rc.com
slautier@rc.com

*Local Counsel for Plaintiff Janel Grant*