**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANEL GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-00090-JAM |
| | ) | |
| v. | ) | |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) | |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) | |
| LLC; VINCENT K. MCMAHON; and JOHN | ) | |
| LAURINAITIS, | ) | |
| | ) | |
| Defendants. | ) | April 23, 2024 |
| | ) | |

## APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant Vincent K.

McMahon.

   /s/  James A. Budinetz
James A. Budinetz (ct16068)
McElroy, Deutsch, Mulvaney & Carpenter LLP
One State Street, 14th Floor
Hartford, CT  06103
Phone:  860-522-5175
Fax:  860-522-2796
Email:  jbudinetz@mdmc-law.com

## **CERTIFICATE OF SERVICE**

I certify that on April 23, 2024 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


/s/ James A. Budinetz (ct16068)