UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

### DEFENDANT VINCENT K. McMAHON'S MOTION TO COMPEL ARBITRATION

Defendant Vincent K. McMahon, by and through his undersigned attorneys, respectfully moves this Court for an order compelling arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, for the reasons set forth more fully in the accompanying memorandum of law and Declaration of Vincent K. McMahon. Defendant McMahon further moves the Court for such other and further relief as the Court may deem just and proper.

Date: April 23, 2024

Respectfully submitted,

**McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**

By:   /s/ James A. Budinetz
James A. Budinetz (ct16068)
One State Street, 14th Floor
Hartford, CT  06103
Telephone: (860) 522-5175
Facsimile:  (860) 522-2796
jbudinetz@mdmc-law.com

**KASOWITZ BENSON TORRES LLP**
Jessica T. Rosenberg
(*admission pro hac vice pending*)
Jonathan L. Shapiro
(admission *pro hac vice pending*)

                                        1633 Broadway
                                        New York, New York 10019
                                        Telephone: (212) 506-1700
                                        Facsimile: (212) 506-1800
                                        JRosenberg@kasowitz.com
                                        JShapiro@kasowitz.com

**CERTIFICATE OF SERVICE**

      I certify that on April 23, 2024 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                        /s/ James A. Budinetz (ct16068)