THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING, ENTERTAINMENT LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS<br><br>    Defendants. | CIVIL ACTION NO. 3:24-cv-00090-JAM<br><br>**ORAL ARGUMENT REQUESTED** |

## PLAINTIFF JANEL GRANT'S MOTION TO STRIKE

Plaintiff Janel Grant ("Janel") respectfully requests that the Court exercise its inherent power to strike the inflammatory lies made in Defendant Vincent K. McMahon's ("McMahon") memorandum of law in support of his motion to compel arbitration, filed April 23, 2024, ECF No. 30-1 (the "Motion").[1]  Instead of using his Motion in the appropriate manner—to raise legal arguments concerning whether this dispute must be submitted to arbitration—McMahon instead uses the Motion's "Preliminary Statement" as a platform to launch vicious falsehoods attacking Janel's moral character in a transparent attempt to harass and intimidate her into submission.

McMahon's easily refuted lies have no place in this case.  It was not necessary, reasonable, or responsible to use a public filing to impugn Janel's moral character.  Indeed, McMahon's desperate attempt to distract from the legal substance of the Motion highlight its weakness and the weakness of his overall case.

---

[1] For the avoidance of doubt, Plaintiff's instant motion to strike is not a response on the merits to the arguments set forth in the Motion.  Plaintiff will submit a response to the Motion in due course.

1

This Court has inherent power to strike a parties' filings. Accordingly, Janel respectfully requests that the Court exercise that power to strike the Motion's "Preliminary Statement" in its entirety and admonish McMahon and his counsel that such statements have no place in civil litigation.[2]

Dated: April 24, 2024                               Respectfully submitted,

                                                    /s/ Ann E. Callis
                                                    **HOLLAND LAW FIRM, LLC**
                                                    Eric D. Holland (admitted *pro hac vice*)
                                                    Gregory R. Jones (admitted *pro hac vice*)
                                                    211 North Broadway, Suite 2625
                                                    St. Louis, MO 63102
                                                    (314) 241-8111 Telephone
                                                    (314) 241-5554 Facsimile
                                                    eholland@hollandtriallawyers.com
                                                    gjones@hollandtriallawyers.com

                                                    Ann E. Callis (admitted *pro hac vice*)
                                                    6181 Bennett Drive, Suite 210
                                                    Edwardsville, Illinois 62025
                                                    (618) 452-1323 Telephone
                                                    (618) 452-8024 Facsimile
                                                    acallis@hollandtriallawyers.com

                                                    *Attorneys for Plaintiff Janel Grant*

---

[2] The entire "Preliminary Statement" is rife with irrelevant lies about Janel and, thus, is properly stricken. At minimum, however, the Court should strike the specific statements concerning her relationship with her parents and her ex-fiancé made on pages 2-3 of the Motion.