AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Connecticut

| Janel Grant | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:24-cv-00090-JAM |
| World Wrestling Entertainment, Inc., et al | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, John Laurinaitis                                                                                               .

Date:   05/02/2024

/s/ Robert B. Mitchell
*Attorney's signature*

Robert B. Mitchell (ct02662)
*Printed name and bar number*

Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
*Address*

rbmitchell@mitchellandsheahan.com
*E-mail address*

(203) 873-0240
*Telephone number*

(203) 873-0235
*FAX number*

**CERTIFICATION**

    I hereby certify that on this date a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be served by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

By: /s/ Robert Mitchell
Robert Mitchell (ct02662)
Mitchell & Sheahan, P.C.
999 Oronoque Lane, Suite 203
Stratford, CT 06614
203-873-0240
203-873-0235 (fax)
rbmitchell@mitchellandsheahan.com