UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT JOHN LAURINAITIS' MOTION TO COMPEL ARBITRATION, ADOPTION OF AND JOINDER IN DEFENDANT MCMAHON'S MOTION TO COMPEL ARBITRATION AND ADOPTION OF AND JOINDER IN DEFENDANT MCMAHON'S MEMORANDUM OF LAW IN SUPPORT THEREOF**

Defendant John Laurinaitis, by and through his undersigned attorneys, respectfully moves this Court for an order compelling arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, for the reasons set forth more fully in Defendant Vincent K. McMahon's Motion to Compel Arbitration (Doc. 30) and Defendant McMahon's Memorandum of Law in Support of Motion to Compel Arbitration (Doc. 30-1) which legal arguments advanced therein are adopted in full and joined by Defendant Laurinaitis as though set forth herein. Defendant Laurinaitis further moves the Court for such other and further relief as the Court may deem just and proper and seeks leave to advance additional and or other responses, defenses, counter-claims and or affirmative defenses to Plaintiff's Complaint in the event the Motion to Compel Arbitration is denied.

Date: May 2, 2024                                        Respectfully submitted,

                                                 Robert B. Mitchell
                                                 **Mitchell & Sheahan, P.C.**
                                                 Robert B. Mitchell (ct02662)
                                                 999 Oronoque Lane, Suite 203
                                                 Stratford, CT 06614
                                                 Phone 203 873 0240
                                                 Fax 203 873 0235
                                                 rbmitchell@mitchellandsheahan.com

                                                 **LAW OFFICE OF EDWARD M. BRENNAN, P.A.**
                                                 Edward M. Brennan
                                                 (*admission pro hac vice pending*)
                                                 18534 N. Dale Mabry Highway
                                                 Tampa, FL 33558
                                                 Telephone: (813) 224-9141
                                                 ebrennan@edbrennanlaw.com
                                                 tammy@edbrennanlaw.com

## CERTIFICATE OF SERVICE

I certify that on May 2, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                 /s/ Robert B. Mitchell
                                                 **Mitchell & Sheahan, P.C.**
                                                 Robert B. Mitchell
                                                 999 Oronoque Lane, Suite 203
                                                 Stratford, CT 06614
                                                 Phone 203 873 0240
                                                 Fax 203 873 0235
                                                 rbmitchell@mitchellandsheahan.com