UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | : |
| | : |
| Plaintiff, | : Case No.: 3:24-cv-00090-JAM |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, | : |
| | : May 2, 2024 |
| | : |
| Defendants. | : |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Plaintiff.

**PLAINTIFF**

By */s/ David A. Slossberg*
David A. Slossberg (ct13116)
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
DSlossberg@hssklaw.com

## CERTIFICATE OF SERVICE

This is to certify that on May 2, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing.  Parties may access this filing through the Court's electronic system.

                                                      */s/ David A. Slossberg*
                                                    David A. Slossberg