UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC., ET AL,<br><br>　　　　　　　　Defendants. | Civil Action No. 3:24-CV-00090-JAM<br><br><br><br><br><br><br><br>MAY 2, 2024 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, Benjamin M. Daniels and Sandra Marin Lautier respectfully move for leave to withdraw their appearances on behalf of the Plaintiff, Janel Grant, in this action.  Janel Grant is represented in this matter by Attorney David A. Slossberg and Attorney Erica Oates Nolan of Hurwitz Sagarin Slossberg & Knuff LLC both of whom have filed appearances on behalf of Janel Grant in this matter, and will continue to be represented by Ann Callis, Eric D. Holland and Gregory Ray Jones of Holland Law Firm, LLC.

WHEREFORE, the undersigned respectfully requests that this Court grant leave to withdraw Benjamin D. Daniels and Sandra Marin Lautier's appearances in the above-captioned case.

29556022-v1

        Respectfully submitted,
        ROBINSON & COLE LLP


By:  <u>*/s/ Sandra Marin Lautier*</u>
      Benjamin M. Daniels (ct29713)
      Sandra Marin Lautier (ct29886)
      ROBINSON & COLE LLP
      280 Trumbull Street
      Hartford, CT 06103
      Tel: (860) 275-8200
      Fax: (860) 275-8299
      E-mail: bdaniels@rc.com; slautier@rc.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 2, 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of Court's electronic filing system or by mail on anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                        */s/ Sandra Marin Lautier*
                                                        Sandra Marin Lautier