# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| __JANEL GRANT__ | __3:24-cv-00090-JAM__ |
| *Plaintiff* | *Case No.* |
| vs. | |
| __WORLD WRESTLING ENT., INC.__ | __MAY 2, 2024__ |
| *Defendant* | *Date* |

## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(d), I __Robert B. Mitchell__, an active member of the Bar of the U.S. District Court for the District of Connecticut, respectfully request that the Court admit __Edward Michael Brennan__ pro hac vice to the Bar of this Court for the purpose of appearing on behalf of ☐ plaintiff(s) ☑ defendant(s) __John Laurinaitis__ in the action above. As the sponsoring attorney, I am a member of the bar of this Court and have an appearance in this case. The filing fee has been paid and I maintain the address listed below.

By Sponsoring Attorney __Robert B. Mitchell__
*(print name)*

Address __Mitchell & Sheahan, P.C.__

__999 Oronoque Lane, Suite 203, Stratford, CT 06614__

Phone Number __203-873-0240__     Email __Rbmitchell@mitchellandsheahan.com__

Federal Bar Number __ct02662__

Signature __/s/ Robert B. Mitchell__

Page **1** of **3**

## AFFIDAVIT OF VISTING ATTORNEY

I, _____EDWARD M. BRENNAN_____, make this affidavit in support of

a motion to appear pro hac vice pursuant to Local Rule 83.1(d):

a) My office information is:

| Firm | LAW OFFICE OF EDWARD M. BRENNAN |
|---|---|
| Address | 18534 N. DALE MABRY HWY<br>LUTZ, FLORIDA 33548 |
| Phone Number | 813-224-9141 |
| Fax | |
| Email | EBrennan@EdBrennanLaw.com |

b) I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number<br>*(or indicate if no bar # issued)* |
|---|---|
| State or Florida | 0857246 |
| United States District Court Middle District of Florida | 0857246 |
| | |
| | |
| | |
| | |

c) I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d) I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

Page 2 of 3

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

[✓] has been included with this filing.
[ ] will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this __1st__ day of __May__, 20__24__.

Signed _____

Print Name __Edward M. Brennan__

Re. 8/8/23

STATE OF FLORIDA
COUNTY OF HILLSBOROUGH

  The foregoing instrument as acknowledged before me this 1st day of May, 2024, by Edward M. Brennan, who is personally known to me and swore before me that he has read the foregoing Affidavit and that the facts contained therein are true and correct based on his personal knowledge and belief.

_____
NOTARY PUBLIC
State of Florida at Large
My commission expires:



MADISON LINDSEY SOUTHWORTH
MY COMMISSION # HH 024467
EXPIRES: August 21, 2024
Bonded Thru Notary Public Underwriters



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

Joshua E. Doyle
Executive Director

850/561-5600
www.FLORIDABAR.org

State of Florida   )

County of Leon   )

In Re:  0857246
Edward Michael Brennan
Law Office of Edward M. Brennan
18534 N Dale Mabry Hwy
Lutz, FL 33548-7900

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 24, 1990**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 30th day of **April, 2024**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-281831