UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF APPEARANCE

COMES NOW Edward M. Brennan of the Law Offices of Edward M. Brennan, P.A., and hereby enters his appearance of record for Defendant John Laurinaitis.

Date: May 6, 2024

Respectfully submitted,

**LAW OFFICES OF
EDWARD M. BRENNAN, P.A.**
Edward M. Brennan *(phv207868)*
18534 N. Dale Mabry Highway
Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*