## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of defendant Vincent K. McMahon.

Date: May 6, 2024

Respectfully submitted,

**KASOWITZ BENSON TORRES LLP**

By:  */s/ Jessica T. Rosenberg*
Jessica T. Rosenberg (phv207369)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
JRosenberg@kasowitz.com

*Attorneys for Defendant*
*Vincent K. McMahon*

## CERTIFICATE OF SERVICE

I certify that on May 6, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Jessica T. Rosenberg