UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>               Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. k/n/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS<br><br>               Defendants. | Civil Action No.:  3:24-cv-00090-JAM<br><br><br><br>May 7, 2024 |

## NOTICE OF APPEARANCE

Please enter the Appearance of Michael C. D'Agostino as counsel for the Defendant, World Wrestling Entertainment, LLC, in the above-captioned litigation.

                                                  Respectfully submitted,

                                                  **DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC**
                                                  By its attorneys,

                                                  **MORGAN, LEWIS & BOCKIUS LLP**

                                                  */s/ Michael C. D'Agostino*
                                                  Michael C. D'Agostino (ct17294)
                                                  One State St., 22nd Fl.
                                                  Hartford, CT 06103
                                                  Tel:  (860) 240-2700
                                                  Fax:  (860) 240-2701
                                                  Email:  michael.dagostino@morganlewis.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 7th day of May 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ Michael C. D'Agostino*
                                              Michael C. D'Agostino