# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>                 Plaintiff,<br><br>                 v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON, and JOHN LAURINAITIS,<br><br>                 Defendants. | Civil Action No.: 3:24-cv-00090 (JAM) |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Defendant World Wrestling Entertainment, LLC ("WWE") certifies that the parent corporation of WWE is TKO Group Holdings, Inc. ("TKO"), a publicly-held company. Endeavor Group Holdings, Inc., a publicly traded company, indirectly owns more than 10 percent of the equity interests in WWE. No other publicly-held corporation owns 10 percent or more of the equity interests of WWE.

Dated: May 7, 2024

By: */s/ Michael C. D'Agostino*
Michael C. D'Agostino
**Morgan Lewis & Bockius LLP**
Michael C. D'Agostino (ct17294)
One State St., 22nd Fl.
Hartford, CT 06103-3178
Tel: (860) 240-2700
Fax: (860) 240-2701
michael.dagostino@morganlewis.com

David A. McManus (*pro hac vice* pending)
One Federal Street
Boston, MA 02110-1726
Tel: (617) 341-7700
Fax: (617) 341-7701
david.mcmanus@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
Daniel J. Toal (*pro hac vice* pending)
Liza M. Velazquez (*pro hac vice* pending)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
dtoal@paulweiss.com
lvelazquez@paulweiss.com

Mitchell D. Webber (*pro hac vice* pending)
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7442
Fax: (202) 379-4162
mwebber@paulweiss.com

*Attorneys for Defendant World Wrestling Entertainment, LLC*

**CERTIFICATION OF SERVICE**

I certify that on May 7, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: <u>*/s/ Michael C. D'Agostino*</u>
        Michael C. D'Agostino