

*Appellate Division of the Supreme Court
of the State of New York
Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of
the Supreme Court of the State of New York, Third Judicial
Department, do hereby certify that

## Daniel John Toal

was duly licensed and admitted to practice as an Attorney and
Counselor at Law in all the courts of this State on **March 18, 1997**,
has duly taken and subscribed the oath of office prescribed by law,
has been enrolled in the Roll of Attorneys and Counselors at Law
on file in this office, is duly registered with the Office of Court
Administration, and  according to the records of this Court is
currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set
my hand in the City of Albany on May
7, 2024.

*Clerk of the Court*

CertID-00173394



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022