UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>                  Plaintiff,<br><br>                  v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON, and JOHN LAURINAITIS,<br><br>                  Defendants. | Civil Action No.: 3:24-cv-00090 (JAM)<br><br>May 10, 2024 |

## NOTICE OF APPEARANCE

Please enter the Appearance of Daniel J. Toal as counsel for the Defendant, World Wrestling Entertainment, LLC, in the above-captioned litigation.

Respectfully submitted,

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC**

By its attorneys,

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Daniel J. Toal*
Daniel J. Toal (phv10907)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dtoal@paulweiss.com

2

**CERTIFICATE OF SERVICE**

      I certify that on May 10, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                            */s/ Daniel J. Toal*
                                            Daniel J. Toal