# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>    Plaintiff,<br><br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON, and JOHN LAURINAITIS,<br><br>    Defendants. | Civil Action No.: 3:24-cv-00090 (JAM)<br><br><br>May 10, 2024 |

## NOTICE OF APPEARANCE

  Please enter the Appearance of Mitchell D. Webber as counsel for the Defendant, World Wrestling Entertainment, LLC, in the above-captioned litigation.

                Respectfully submitted,

                **DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC**

                By its attorneys,

                **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

                */s/ Mitchell D. Webber*
                Mitchell D. Webber (phv207889)
                2001 K Street, NW
                Washington, DC 20006-1047
                Phone: (202) 223-7442
                Fax: (202) 379-4162
                Email: mwebber@paulweiss.com

**CERTIFICATE OF SERVICE**

      I certify that on May 10, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      */s/ Mitchell D. Webber*
      Mitchell D. Webber