UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>    Plaintiff,<br>            v.<br><br>WORLD WRESTLING ENTERTAINMENT,<br>INC., ET AL.,<br><br>    Defendants. | Docket No. 3:24-cv-90 (JAM)<br><br>May 30, 2024 |

## APPEARANCE

To the Clerk of this Court and all parties of record:

    In addition to counsel already of record, please enter my appearance as counsel for the United States of America, Sarah Mortazavi, Assistant United States Attorney.

                        Respectfully submitted,

                        Damian Williams
                        United States Attorney

                            /s/

                        Sarah Mortazavi
                        Assistant United States Attorney
                        United States Attorney's Office
                        Southern District of New York
                        26 Federal Plaza
                        New York, New York 10278
                        212-637-2520
                        Federal No. phv207920
                        Email: sarah.mortazavi@usdoj.gov

<u>Certification</u>

I hereby certify that on May 30, 2024, a copy of the foregoing Appearance was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/

Sarah Mortazavi
Assistant United States Attorney