UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>WORLD WRESTLING ENTERTAINMENT, INC., )<br>a/k/a WORLD WRESTLING ENTERTAINMENT, )<br>LLC; VINCENT K. MCMAHON; and JOHN )<br>LAURINAITIS, )<br>)<br>Defendants. ) | Civil Action No. 3:24-cv-00090-JAM |

**DEFENDANT JOHN LAURINAITIS' LOCAL RULE 56(a)(1)
STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT
OF HIS MOTION TO COMPEL ARBITRATION**

Pursuant to this Court's May 8, 2024, Order Approving Stipulation Re: Scheduling (Dkt. No. 49) and Rule 56 of the Local Rules of the United States District Court for the District of Connecticut, Defendant John Laurinaitis, by and through his undersigned attorneys, respectfully submits this Statement of Undisputed Material Facts in Support of his Motion to Compel Arbitration filed on May 2, 2024 (Dkt. No. 35). Defendant believes the material facts as set forth below and in the accompanying Declaration of Laurinaitis and in the Defendants Vincent McMahon's Statement of Undisputed Material Facts (Dkt. No. 60, filed May 14, 2024) (which is adopted herein) and Defendant WWE's Statement of Undisputed Material Fact (Dkt. No. 61-2 filed May 14, 2024) paragraphs, 8-21, inclusive, and paragraphs 23, 27 and 32 (which are adopted herein) are undisputed and conclusively resolve the forum dispute before the Court. Defendant Laurinaitis further moves the Court for such other and further relief as the Court may deem just and proper and seeks leave to advance additional and or other responses, defenses, counterclaims

and or affirmative defenses to Plaintiff's Complaint in the event the Motion to Compel Arbitration is denied.

1. At all material times relevant to the allegations set forth in Plaintiff's Complaint, Laurinaitis was a full-time employee of the Defendant WWE. See Declaration of Laurinaitis accompanying this Statement.

Date: June 8, 2024                                                    Respectfully submitted,

**LAW OFFICE OF EDWARD M. BRENNAN, P.A.**
Edward M. Brennan
(*admission pro hac vice pending*)
18534 N. Dale Mabry Highway
Tampa, FL 33558
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

## CERTIFICATE OF SERVICE

I certify that on June 8, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/  Edward M. Brennan