UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, <br><br> Plaintiff, <br><br> v. <br><br> WORLD WRESTLING ENTERTAINMENT, INC., a/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, <br><br> Defendants. | Civil Action No. 3:24-cv-00090-JAM |

## DECLARATION OF DEFENDANT JOHN LAURINAITIS

I, John Laurinaitis, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. At all times material to the allegations set forth in the Complaint, I was an employee of World Wrestling Entertainment, Inc.

2. As a full-time employee of WWE, it is my understanding that I was listed as a released party from any and all lawsuits or causes of action by Plaintiff Grant. See Confidential Settlement Agreement, General Release and Covenant Not to Sue (Dkt. 30-2, dated April 23, 2024).

3. Pursuant to the terms of the Confidential Settlement Agreement, General Release and Covenant Not to Sue (Dkt. 30-2) it is my understanding that the sole and exclusive legal method to resolve any disputes related to the Confidential Settlement Agreement, would be in binding arbitration under the Federal Arbitration Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June ___ 2024

*signature*
John Laurinaitis

Respectfully submitted,

**LAW OFFICES OF
EDWARD M. BRENNAN, P.A.**
Edward M. Brennan (phv207868)
18534 N. Dale Mabry Highway
Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*