# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:24-cv-00090-JAM |
| v. ) | |
| ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., ) | |
| a/k/a WORLD WRESTLING ENTERTAINMENT, ) | |
| LLC; VINCENT K. MCMAHON; and JOHN ) | |
| LAURINAITIS, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT VINCENT K. McMAHON'S MOTION TO LIFT THE STAY TO PERMIT FILING OF MOTION TO ENFORCE THE COURT'S STAY ORDER

Defendant Vincent K. McMahon, by and through his undersigned attorneys, respectfully moves this Court for an order lifting the stay in this matter to permit the filing and adjudication of his motion to enforce the Court's stay order. In support hereof, Mr. McMahon represents as follows:

1. On June 11, 2024, this Court entered a stay of this action, based upon the mutual consent of all parties to this action. [ECF No. 68] (the "Stay Order"). The stay lasts through December 11, 2024. (*Id.*)

2. By Complaint dated July 1, 2024, in violation of the Court's Stay Order, Plaintiff Janel Grant commenced a Bill of Discovery proceeding against two nonparties to this action, which was returned to the Superior Court for the Judicial District of Stamford. (*Complaint – Bill of Discovery* [Entry No. 100.31][1] (the "Bill of Discovery") (attached hereto as Exhibit A).) The Bill of Discovery seeks, *inter alia*, relief "[a]llowing subpoenas to be issued such that depositions of

---

[1] *Janel Grant v. Carlon M. Coker and Peak Wellness, Inc.*, FST-CV24-6068091 (Conn. Super. Ct.).

Defendants may be taken by [plaintiff's counsel] to ascertain, among other things, [defendant's] knowledge of the facts underlying Ms. Grant's federal claims[.]"  (*Id.* (Prayer for Relief), at 7-8 ¶ 2).)

3. Shortly thereafter, Plaintiff's counsel announced to the media that the information sought via the Bill of Discovery is "to assist in our claims in the federal action."[2]

4. Mr. McMahon now asks the Court for a limited lifting of the stay to permit the filing and adjudication of his Motion to Enforce the Court's Stay Order (proposed motion and memorandum of law attached hereto as Exhibit B).

5. The filing and adjudication of that motion will not advance the case substantively, will promote the Court's enforcement of its Stay Order, and will facilitate an efficient resumption of the litigation when the stay is ultimately lifted in its entirety.

6. Permitting the filing of this motion will not prejudice any party or intervenor.[3]

WHEREFORE, Mr. McMahon respectfully asks the Court to permit the filing and adjudication of the above-described motion.

[*Remainder of the page intentionally left blank*]

---

[2] https://www.law.com/ctlawtribune/2024/07/16/former-wwe-employee-moves-for-medical-discovery-in-sex-assault-case/?kw=Former%20WWE%20Employee%20Moves%20for%20Medical%20Discovery%20in%20Sex%20Assault%20Case&utm_source=email&utm_medium=enl&utm_campaign=newsroomupdate&utm_content=20240716&utm_term=clt&oly_enc_id=

[3] It is also anticipated that Jonathan Shapiro will file a motion to withdraw his representation.  That motion, likewise, will not substantively advance the case or prejudice any party, and, as a result, Mr. McMahon also respectfully asks the Court to permit the filing of that motion.

Date: July 25, 2024

Respectfully submitted,

| | |
|---|---|
| **McELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By: */s/ James A. Budinetz* <br> James A. Budinetz (ct16068) <br> McElroy, Deutsch, Mulvaney & Carpenter, LLP <br> One State Street, 14th Floor <br> Hartford, CT  06103 <br> Telephone: (860) 522-5175 <br> Facsimile: (860) 522-2796 <br> jbudinetz@mdmc-law.com | Jessica T. Rosenberg <br>   (admitted *pro hac vice*) <br> Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park <br> New York, NY  10036 <br> Telephone: (212) 872-1000 <br> Facsimile: (212) 872-1002 <br> jrosenberg@akingump.com <br><br> *Attorneys for Defendant Vincent K. McMahon* |

## **CERTIFICATE OF SERVICE**

    I certify that on July 25, 2024 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                             */s/ James A. Budinetz*  (ct16068)