UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:24-cv-00090-JAM |
| v. ) | |
| ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., ) | |
| a/k/a WORLD WRESTLING ENTERTAINMENT, ) | |
| LLC; VINCENT K. MCMAHON; and JOHN ) | |
| LAURINAITIS, ) | |
| ) | |
| Defendants. ) | |

**MOTION TO WITHDRAW APPEARANCE**

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned attorney, Jonathan L. Shapiro, respectfully moves for leave to withdraw his appearance on behalf of defendant Vincent K. McMahon ("McMahon") in this action.[1] McMahon is represented in this action by, and will continue to be represented in this action by, attorneys Jessica T. Rosenberg of Akin Gump Strauss Hauer & Feld LLP and James A. Budinetz of McElroy, Deutsch, Mulvaney & Carpenter, LLP, both of whom have filed appearances on behalf of McMahon.

WHEREFORE, the undersigned attorney respectfully requests that this Court grant leave to withdraw his appearance in this action.

---

[1] This Motion is filed subject to, and without waiver of, the stay of this action entered on June 11, 2024. (Dkt. No. 68.)

2

Date: July 25, 2024                                        Respectfully submitted,

                                                        KASOWITZ BENSON TORRES LLP

                               By:    */s/ Jonathan L. Shapiro*
                                                 Jonathan L. Shapiro (phv207843)
                                                 1633 Broadway
                                                 New York, New York 10019
                                                 Telephone: (212) 506-1700
                                                 Facsimile: (212) 506-1800
                                                 JShapiro@kasowitz.com

3

## **CERTIFICATE OF SERVICE**

      I certify that on July 25, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

      */s/ Jonathan L. Shapiro*