UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

## RENEWED MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned attorney, Jonathan L. Shapiro, respectfully submits this renewed motion for leave to withdraw his appearance on behalf of defendant Vincent K. McMahon ("McMahon") in this action.[1] McMahon is represented in this action by, and will continue to be represented in this action by, attorneys Jessica T. Rosenberg of Akin Gump Strauss Hauer & Feld LLP and James A. Budinetz of McElroy, Deutsch, Mulvaney & Carpenter, LLP, both of whom have filed appearances on behalf of McMahon.

McMahon has been given notice of this Motion and has consented to the undersigned attorney's withdrawal as requested herein.

WHEREFORE, the undersigned attorney respectfully requests that this Court grant leave to withdraw his appearance in this action.

---

[1] An earlier version of this Motion, filed on July 25, 2024 (Dkt. No. 72), was denied by the Court without prejudice (Dkt. No. 74).

Date: July 29, 2024

Respectfully submitted,

KASOWITZ BENSON TORRES LLP

By: <u>*/s/ Jonathan L. Shapiro*</u>
Jonathan L. Shapiro (phv207843)
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
<u>JShapiro@kasowitz.com</u>

## **CERTIFICATE OF SERVICE**

    I certify that on July 29, 2024 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

                                                      */s/ Jonathan L. Shapiro*