# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

## **DEFENDANT VINCENT K. McMAHON'S MOTION TO COMPEL ARBITRATION**

Defendant Vincent K. McMahon, by and through his undersigned attorneys, respectfully moves this Court for an order compelling arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, for the reasons set forth more fully in the accompanying memorandum of law and Declaration of Vincent K. McMahon. Defendant McMahon further moves the Court for such other and further relief as the Court may deem just and proper.

Date: December 23, 2024

                                               Respectfully submitted,

                                               **AKIN GUMP STRAUSS HAUER &**
                                               **FELD LLP**

By:   */s/ Jessica T. Rosenberg*

                                               Jessica T. Rosenberg
                                                 (admitted *pro hac vice*)
                                               One Bryant Park
                                               New York, NY  10036
                                               Telephone: (212) 872-1000
                                               Facsimile: (212) 872-1002
                                               JRosenberg@akingump.com

2

          **McCARTER & ENGLISH, LLP**
James A. Budinetz (ct16068)
CityPlace I, 185 Asylum Street
Hartford, CT  06103
Telephone: (860) 275-6765
Facsimile: (860) 724-3397
jbudinetz@mccarter.com

*Attorneys for Defendant*
*Vincent K. McMahon*

**CERTIFICATE OF SERVICE**

I certify that on December 23, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF system.

/s/ Jessica T. Rosenberg