# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>      Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON, and JOHN LAURINAITIS,<br><br>      Defendants. | Civil Action No.: 3:24-cv-00090 (JAM) |

### DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S
### <u>MOTION TO COMPEL ARBITRATION</u>

Defendant World Wrestling Entertainment, LLC ("WWE") respectfully moves this Court for an order compelling arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, for the reasons set forth more fully in the accompanying Memorandum of Law and Statement of Undisputed Material Facts. WWE filed its original Motion to Compel Arbitration on May 14, 2024. ECF No. 61. On June 11, 2024, the Court entered an order staying this action until December 11, 2024, and, in doing so, denied all pending motions to compel arbitration "without prejudice to renewal within two weeks of any future order of the Court lifting the stay." ECF No. 68. The stay expired on December 11, 2024, and accordingly, WWE hereby files a renewed and updated Motion to Compel Arbitration, with supporting memorandum of law and statement of facts. WWE respectfully requests that the Court schedule oral argument for this motion, and such other and further relief as the Court may deem just and proper.

ORAL ARGUMENT REQUESTED

Dated: December 23, 2024                     Respectfully submitted,

By: */s/ Daniel J. Toal*

**MORGAN LEWIS & BOCKIUS LLP**

Michael C. D'Agostino (ct17294)
One State Street
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2701
Email: michael.dagostino@morganlewis.com

David A. McManus (*pro hac vice* pending)
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701
Email: david.mcmanus@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Daniel J. Toal (phv10907)
Liza M. Velazquez (phv02132)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dtoal@paulweiss.com
lvelazquez@paulweiss.com

Mitchell D. Webber (phv207889)
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7442
Fax: (202) 379-4162
Email: mwebber@paulweiss.com

*Attorneys for Defendant World Wrestling Entertainment, LLC*

## CERTIFICATE OF SERVICE

I certify that on December 23, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Daniel J. Toal*
Daniel J. Toal