UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., a/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, | ) ) ) ) ) |
| | ) |
| Defendants. | ) |

### DEFENDANT JOHN LAURINAITIS' MOTION TO COMPEL ARBITRATION, ADOPTION OF AND JOINDER IN DEFENDANTS MCMAHON'S AND WWE'S MOTIONS TO COMPEL ARBITRATION AND ADOPTION OF AND JOINDER IN DEFENDANT MCMAHON'S AND WWE'S MEMORANDUM OF LAW IN SUPPORT THEREOF

Defendant John Laurinaitis, by and through his undersigned attorneys, respectfully moves this Court for an order compelling arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, for the reasons set forth more fully in the Defendants McMahon's and WWE's Memorandums of Law in Support of Arbitration which legal arguments advanced therein are adopted in full and joined by Defendant Laurinaitis as though set forth herein. Defendant Laurinaitis further moves the Court for such other and further relief as the Court may deem just and proper and seeks leave to advance additional and/or other responses, defenses, counter-claims and or affirmative defenses to Plaintiff's Complaint in the event the Motion to Compel Arbitration is denied.

Date: December 24, 2024				Respectfully submitted,

                                                      **LAW OFFICES OF**
                                                      **EDWARD M. BRENNAN, P.A.**
Edward M. Brennan *(phv207868)*
18534 N. Dale Mabry Highway
Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

## CERTIFICATE OF SERVICE

I certify that on December 24, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                      */s/  Edward M. Brennan*