# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

## DEFENDANT JOHN LAURINAITIS' LOCAL RULE 56(a)(1) STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF HIS MOTION TO COMPEL ARBITRATION

Pursuant to this Court's May 8, 2024, Order Approving Stipulation Re: Scheduling (Dkt. No. 49) and Rule 56 of the Local Rules of the United States District Court for the District of Connecticut, Defendant John Laurinaitis, by and through his undersigned attorneys, respectfully submits this Statement of Undisputed Material Facts in Support of his Motion to Compel Arbitration filed herewith. Defendant believes the material facts as set forth below and in the accompanying Declaration of Laurinaitis and in the Defendants Vincent McMahon's Statement of Undisputed Material Facts (Dkt. No. 85-4, filed December 23, 2024) (which is adopted herein) and Defendant WWE's Statement of Undisputed Material Fact (Dkt. No. 86-2 filed December 23, 2024) are undisputed and conclusively resolve the forum dispute before the Court. Defendant Laurinaitis further moves the Court for such other and further relief as the Court may deem just and proper and seeks leave to advance additional and or other responses, defenses, counterclaims and or affirmative defenses to Plaintiff's Complaint in the event the Motion to Compel Arbitration is denied.

1.      At all material times relevant to the allegations set forth in Plaintiff's Complaint, Laurinaitis was a full-time employee of the Defendant WWE. See Declaration of Laurinaitis accompanying this Statement.

Date: December 24, 2024                            Respectfully submitted,

**LAW OFFICE OF EDWARD M. BRENNAN, P.A.**
Edward M. Brennan
(*admission pro hac vice pending*)
18534 N. Dale Mabry Highway
Tampa, FL 33558
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

## CERTIFICATE OF SERVICE

I certify that on December 24, 2024 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                  */s/  Edward M. Brennan*

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF DEFENDANT JOHN LAURINAITIS**

I, John Laurinaitis, declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. At all times material to the allegations set forth in the Complaint, I was an employee of World Wrestling Entertainment, Inc.

2. As a full-time employee of WWE, it is my understanding that I was listed as a released party from any and all lawsuits or causes of action by Plaintiff Grant. See Confidential Settlement Agreement, General Release and Covenant Not to Sue (Dkt. 30-2, dated April 23, 2024).

3. Pursuant to the terms of the Confidential Settlement Agreement, General Release and Covenant Not to Sue (Dkt. 30-2) it is my understanding that the sole and exclusive legal method to resolve any disputes related to the Confidential Settlement Agreement, would be in binding arbitration under the Federal Arbitration Act.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 23, 2024

*/s/ John Laurinaitis*
John Laurinaitis

Respectfully submitted,

**LAW OFFICES OF**
**EDWARD M. BRENNAN, P.A.**
Edward M. Brennan *(phv207868)*
18534 N. Dale Mabry Highway
Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

2