# EXHIBIT A

# Erica Nolan

| | |
|---|---|
| **From:** | Charles Munn <charles.munn@nelsonmullins.com> |
| **Sent:** | Tuesday, December 31, 2024 3:27 PM |
| **To:** | Erica Nolan; Ziggy Andrijauskaite; Jaclyn Hall |
| **Subject:** | Fw: Proposed Schedule |

**From:** Roberts, Ilana <IRoberts@akingump.com>
**Sent:** Monday, December 23, 2024 12:53 PM
**To:** Rosenberg, Jessica <JRosenberg@akingump.com>; Ann Callis <acallis@hollandtriallawyers.com>; Daniel J Toal <dtoal@paulweiss.com>; Liza Velazquez <lvelazquez@paulweiss.com>; Mitchell Webber <mwebber@paulweiss.com>; michael.dagostino@morganlewis.com <michael.dagostino@morganlewis.com>; jbudinetz@mdmc-law.com <jbudinetz@mdmc-law.com>; Edward Brennan <ebrennan@edbrennanlaw.com>; reesemitchell@mitchellandsheahan.com <reesemitchell@mitchellandsheahan.com>; rbmitchell@mitchellandsheahan.com <rbmitchell@mitchellandsheahan.com>
**Cc:** Mark Grider <mark.grider@nelsonmullins.com>; Charles Munn <charles.munn@nelsonmullins.com>; Aaron Lang <aaron.lang@nelsonmullins.com>; Eric Holland <eholland@hollandtriallawyers.com>; Greg Jones <gjones@hollandtriallawyers.com>; Diana Williams <dwilliams@hollandtriallawyers.com>; Tanya Heepke <theepke@hollandtriallawyers.com>
**Subject:** RE: Proposed Schedule

Counsel:

Defendants are filing their motions to compel arbitration.

Best,
Ilana Roberts

**Ilana Roberts**
**Akin**
Direct: +1 212.872.1063
Pronouns: she/her/hers (What's this?)

**From:** Rosenberg, Jessica <JRosenberg@akingump.com>
**Sent:** Monday, December 16, 2024 12:26 PM
**To:** Ann Callis <acallis@hollandtriallawyers.com>; Daniel J Toal <dtoal@paulweiss.com>; Liza Velazquez <lvelazquez@paulweiss.com>; Mitchell Webber <mwebber@paulweiss.com>; michael.dagostino@morganlewis.com; jbudinetz@mdmc-law.com; Edward Brennan <ebrennan@edbrennanlaw.com>; reesemitchell@mitchellandsheahan.com; rbmitchell@mitchellandsheahan.com
**Cc:** Mark Grider <mark.grider@nelsonmullins.com>; Charlesn Munn <charles.munn@nelsonmullins.com>; Aaron Lang <aaron.lang@nelsonmullins.com>; Eric Holland <eholland@hollandtriallawyers.com>; Greg Jones <gjones@hollandtriallawyers.com>; Diana Williams <dwilliams@hollandtriallawyers.com>; Tanya Heepke <theepke@hollandtriallawyers.com>; Roberts, Ilana <IRoberts@akingump.com>
**Subject:** RE: Proposed Schedule

Thanks for reaching out Ann. We will connect with our respective clients on this and get back to you shortly.

I've added Ilana Roberts from my office to this chain. Please include her going forward.

1

Regards,
Jessica

**From:** Ann Callis <acallis@hollandtriallawyers.com>
**Sent:** Monday, December 16, 2024 11:42 AM
**To:** Daniel J Toal <dtoal@paulweiss.com>; Liza Velazquez <lvelazquez@paulweiss.com>; Mitchell Webber <mwebber@paulweiss.com>; michael.dagostino@morganlewis.com; jbudinetz@mdmc-law.com; Rosenberg, Jessica <JRosenberg@akingump.com>; Edward Brennan <ebrennan@edbrennanlaw.com>; reesemitchell@mitchellandsheahan.com; rbmitchell@mitchellandsheahan.com
**Cc:** Mark Grider <mark.grider@nelsonmullins.com>; Charlesn Munn <charles.munn@nelsonmullins.com>; Aaron Lang <aaron.lang@nelsonmullins.com>; Eric Holland <eholland@hollandtriallawyers.com>; Greg Jones <gjones@hollandtriallawyers.com>; Diana Williams <dwilliams@hollandtriallawyers.com>; Tanya Heepke <theepke@hollandtriallawyers.com>
**Subject:** Proposed Schedule

**\*\*EXTERNAL Email\*\***

Counsel,

Last week, the Government informed us that it could continue its investigation of Defendants without requiring Plaintiff's action to be stayed. We write to request a Rule 26(f) conference as soon as possible. Please let us know your availability in the next week for the conference.

Under the Court's current orders, Defendants may refile their motions to compel arbitration on Christmas Day. To avoid unnecessary expenditure of resources, we write to let you know that Plaintiff will be amending its complaint under Rule 15 to add additional factual matters and this amendment may impact your motions. We expect to submit an amendment by January 15.

While Plaintiff believes that it may amend as of right, given the Court's prior ruling the timing of Defendants' motions, we will submit a letter informing the Court of our plan to amend and requesting a briefing schedule for any responsive motions based on that amendment. We propose the following:

Amendment by January 15, 2025
Defendants' Motions to Compel (if any) - 21 days after filing of Amendment
Plaintiff's Opposition to MTC - 21 days after any MTC
Defendants' Replies - 14 days after Opposition

Please let us know if you are amenable to the above schedule. Wishing you all Happy Holidays.

Warmest Regards,

Ann

**Ann Callis, Partner**
**Holland Trial Lawyers**
**6181 Bennett Drive, Suit 210**
**Edwardsville, Illinois  62025**

2

*Office: (618)452-1323*
*Cell: (618)402-5640*

**Confidentiality Notice**
This message is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately either by phone (800-237-2000) or reply to this e-mail and delete all copies of this message.