UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | : |
| | : |
| Plaintiff, | : Case No.: 3:24-cv-00090-SFR |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, | : |
| | : |
| | : January 31, 2025 |
| | : |
| | : |
| Defendants. | : |

**PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Rules 15(a)(2) and 16(b)(4) of the Federal Rules of Civil Procedure, Plaintiff Janel Grant ("Ms. Grant" or "Plaintiff"), through her undersigned counsel, hereby respectfully move the Court for leave to amend her Complaint (ECF No. 1) in the above-captioned action. A copy of the redline version and a clean version of the proposed First Amended Complaint are attached to the accompanying *Plaintiff's Memorandum Of Law In Support Of Her Motion For Leave To File Amended Complaint* as Exhibits A and B, respectively. The purpose of the amendments is to address key factual developments that came to light while this action was stayed and to plead her claims with greater particularity.

Defendants object to the filing of the First Amended Complaint. L. Civ. R. 7(f)(1).

WHEREFORE, for the reasons set forth herein and in the accompanying memorandum of law, Plaintiff respectfully requests that the Court grant her leave to file the proposed First Amended Complaint.

**PLAINTIFF JANEL GRANT**

By /s/ *Ann E. Callis*
    HOLLAND LAW FIRM, LLC
    Eric D. Holland (phv207692)
    Gregory R. Jones (phv207693)
    211 North Broadway, Suite 2625
    St. Louis, MO 63102
    Tel: (314) 241-8111/Fax: (314) 241-5554
    eholland@hollandtriallawyers.com
    gjones@hollandtriallawyers.com

    Ann E. Callis (phv207694)
    6181 Bennett Drive, Suite 210
    Edwardsville, Illinois 62025
    Tel: (618) 452-1323/Fax: (618) 452-8024
    acallis@hollandtriallawyers.com

    */s/ Erica O. Nolan*
    David A. Slossberg (ct13116)
    Erica O. Nolan (ct31097)
    HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
    135 Broad Street
    Milford, CT 06460
    Tel: (203) 877-8000/Fax: (203) 878-9800
    DSlossberg@hssklaw.com
    ENolan@hssklaw.com

## **CERTIFICATE OF SERVICE**

This is to certify that on January 31, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Erica O. Nolan*
Erica O. Nolan