**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |
|---|---|
| JANEL GRANT,<br><br>      Plaintiff,<br><br>  v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. k/n/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS<br><br>      Defendants. | **Civil Action No.:  3:24-cv-00090-JAM**<br><br><br><br>**February 14, 2025** |

## NOTICE OF APPEARANCE

Please enter the Appearance of Christopher M. Wasil as counsel for the Defendant, World Wrestling Entertainment, LLC, in the above-captioned litigation.

Respectfully submitted,

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC**
By its attorneys,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Christopher M. Wasil*
Christopher M. Wasil (ct28578)
One State St., 22nd Fl.
Hartford, CT 06103
Tel:  (860) 240-2700
Fax:  (860) 240-2701
Email:  christopher.wasil@morganlewis.com

2

**CERTIFICATION OF SERVICE**

I hereby certify that on this 14ᵗʰ day of February 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's CM/ECF System.


/s/ Christopher M. Wasil
Christopher M. Wasil

2