UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 3:24-cv-00090-JAM |
| v. ) | |
| ) | |
| WORLD WRESTLING ENTERTAINMENT, ) | |
| INC., a/k/a WORLD WRESTLING ) | |
| ENTERTAINMENT, LLC; VINCENT K. ) | |
| MCMAHON; and JOHN LAURINAITIS, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT JOHN LAURINAITIS' ADOPTION OF AND JOINDER IN DEFENDANT MCMAHON'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S MOTION TO AMEND

Defendant John Laurinaitis, by and through his undersigned attorneys, hereby objects to Plaintiff's Motion to Amend her initial Complaint in this matter and does join in and adopt Defendant McMahon's Memorandum to Plaintiff's Motion to Amend [Docket #94] and the legal arguments advanced therein are adopted in full and joined by Defendant Laurinaitis as though set forth herein.  Defendant Laurinaitis further moves the Court for such other and further relief as the Court may deem just and proper and seeks leave to advance additional and/or other responses, defenses, counterclaims and or affirmative defenses to Plaintiff's Complaint in the event the Motion to Amend is granted.

Date: February 21, 2025,                              Respectfully submitted,

                                                                                                    **LAW OFFICES OF**
                                                                                                    **EDWARD M. BRENNAN, P.A.**
                                                                                                    Edward M. Brennan *(phv207868)*
                                                                                                    18534 N. Dale Mabry Highway

Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

## CERTIFICATE OF SERVICE

I certify that on February 21, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/  Edward M. Brennan