UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>                              Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. k/n/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS<br><br>                              Defendants. | Civil Action No.: 3:24-cv-00090-JAM<br><br><br><br>February 27, 2025 |

## MOTION TO WITHDRAW APPEARANCE

Pursuant to Rule 7(e) of the Local Rules of Civil Procedure, the undersigned attorney, Michael C. D'Agostino, respectfully submits this motion for leave to withdraw his appearance on behalf of defendant World Wrestling Entertainment, LLC ("WWE") in this action. On and after March 5, 2025, the undersigned will no longer be affiliated with the law firm of Morgan, Lewis & Bockius LLP and, accordingly, will no longer be representing WWE. WWE is represented in this action, and will continue to be represented in this action, by attorneys Christopher M. Wasil (ct28578), of Morgan, Lewis & Bockius LLP, as well as Daniel J. Toal, Michael Webber and Liza M. Velazquez of Paul, Weiss, Rifkind, Wharton & Garrison LLP, who have all filed appearances on behalf of WWE.

DB1/ 155183158.1

WHEREFORE, the undersigned attorney respectfully requests that this Court grant leave to withdraw his appearance in this action.

Respectfully submitted,

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC**
By its attorneys,

**MORGAN, LEWIS & BOCKIUS LLP**

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino (ct17294)
Christopher M. Wasil (ct28578)
One State St., 22nd Fl.
Hartford, CT 06103
Tel: (860) 240-2700
Fax: (860) 240-2701
Email: michael.dagostino@morganlewis.com
christopher.wasil@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Daniel J. Toal (phv10907)
Liza M. Velazquez (phv02132)
1285 Avenue of the Americas
New York, NY 10019-6064
Tel: (212) 373-3000
Fax: (212) 757-3990
Email: dtoal@paulweiss.com
lvelazquez@paulweiss.com

Mitchell D. Webber (phv207889)
2001 K Street, NW
Washington, DC 20006-1047
Tel: (202) 223-7442
Fax: (202) 379-4162
Email: mwebber@paulweiss.com

## CERTIFICATION OF SERVICE

I hereby certify that on this 27th day of February 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Michael C. D'Agostino*
Michael C. D'Agostino