# EXHIBIT A

| | |
|---|---|
| **From:** | Erica Nolan |
| **To:** | "dtoal@paulweiss.com"; "lvelazquez@paulweiss.com"; "mwebber@paulweiss.com"; "michael.dagostino@morganlewis.com"; "jbudinetz@mdmc-law.com"; "jrosenberg@kasowitz.com"; "JShapiro@kasowitz.com"; "ebrennan@edbrennanlaw.com"; "reesemitchell@mitchellandsheahan.com"; "rbmitchell@mitchellandsheahan.com" |
| **Cc:** | David Slossberg; Ann Callis; Greg Jones; "Charles Munn"; Ziggy Andrijauskaite |
| **Subject:** | Grant v. World Wrestling Entertainment, Inc. et al, Docket No. 3:24-cv-00090-JAM |
| **Date:** | Thursday, May 23, 2024 12:15:00 PM |

Counsel:

Pursuant to D. Conn. Local Rule 26(f)(1), today is the date by which we need to confer for purposes of putting together a 26(f) report.  However, given the DOJ's recent ex parte filings regarding a stay and the Court's comments on the same, Plaintiff's counsel believe it makes sense to hold off on having a formal 26(f) conference until there is clarity on the issue of a stay.

Best,
Erica



Erica Oates Nolan, Esq.
Hurwitz Sagarin Slossberg & Knuff, LLC

135 Broad Street (NEW ADDRESS)
Milford, CT  06460
Tel:   203-877-8000 Ext. 106         Cell:   860-462-1287

ENolan@hssklaw.com            hssklaw.com

Any use, distribution, copying or disclosure of this e-mail is strictly prohibited.  This email and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If you received this e-mail in error, please delete this e-mail and all files transmitted with it from your system and immediately notify the sender by telephone or return e-mail.

Please note that Hurwitz Sagarin Slossberg & Knuff, LLC does not accept .zip attachments.