# EXHIBIT C

| | |
|---|---|
| From: | Erica Nolan |
| To: | "christopher.wasil@morganlewis.com"; "dtoal@paulweiss.com"; "lvelazquez@paulweiss.com"; "mwebber@paulweiss.com"; "jbudinetz@mccarter.com"; "jrosenberg@akingump.com"; "ebrennan@edbrennanlaw.com"; "reesemitchell@mitchellandsheahan.com"; "rbmitchell@mitchellandsheahan.com"; "david.mcmanus@morganlewis.com" |
| Cc: | Ann Callis; David Slossberg; Eric Holland; Greg Jones |
| Subject: | Grant v. McMahon et al: Draft 26(f) Report |
| Date: | Monday, March 24, 2025 12:02:00 PM |
| Attachments: | 2025.03.24 - Draft 26(f) Report Pl"s Inserts.docx |
| Importance: | High |

Counsel: On behalf of the Plaintiff and her counsel, the time within which to meet and confer and propose a scheduling order to the Court has long passed. Pursuant to D. Conn. L. Civ. R. 26(f)(1), a 26(f) conference must be held within 30 days of the appearance of the first defendant, and a report submitted within 14 days after that conference.

We have asked the Defendants for availability to conduct a 26(f) conference on more than one occasion, and have received no responses to date. There is no stay of discovery currently in place, and the presumption in this District is that discovery will commence and continue, even while dispositive motions are ongoing. *See, e.g.*, ECF No. 7, ¶ b. As such, we have taken the additional step of drafting a Rule 26(f) Report in compliance with the D. Conn. Local Rules, with portions flagged for Defendants to insert their respective positions.

We ask that Defendants provide us with availability to meet and confer on the contents of this draft this week, or otherwise provide their respective insertions, by no later than this Friday, March 28. Absent any responses, Plaintiff intends to file her proposed schedule with the Court. Best, Erica



Erica Oates Nolan, Esq.
HURWITZ SAGARIN SLOSSBERG & KNUFF, LLC

135 Broad Street (NEW ADDRESS)
Milford, CT 06460
Tel: 203-877-8000 Ext. 106        Cell: 860-462-1287

ENolan@hssklaw.com        hssklaw.com

Any use, distribution, copying or disclosure of this e-mail is strictly prohibited. This email and any files transmitted with it may be a confidential attorney-client communication or may otherwise be privileged and confidential. If you received this e-mail in error, please delete this e-mail and all files transmitted with it from your system and immediately notify the sender by telephone or return e-mail.

Please note that Hurwitz Sagarin Slossberg & Knuff, LLC does not accept .zip attachments.