# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANEL GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-00090-SFR |
| v. | ) | |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., a/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, | ) ) ) ) ) | |
| | ) | April 4, 2025 |
| Defendants. | ) | |

## **APPEARANCE**

Please enter the appearance of the undersigned on behalf of defendant Vincent K. McMahon.

          /s/ Snigdha Mamillapalli
          Snigdha Mamillapalli (ct31142)
          McCarter & English, LLP
          CityPlace I, 36th Floor
          Hartford, CT 06103
          Phone: (860) 275-6736
          Fax: (860) 724-3397
          Email: smamillapalli@mccarter.com

## CERTIFICATE OF SERVICE

I certify that on April 4, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Snigdha Mamillapalli
Snigdha Mamillapalli
