# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

Janel Grant                                          3:24-cv-00090-SFR

*Plaintiff*                                          *Case No.*

vs.

World Wrestling Entertainment, Inc., et al.          April 4, 2025

*Defendant*                                          *Date*


## MOTION TO APPEAR PRO HAC VICE

In accordance with the D. Conn. L. Civ. R. 83.1(d), I _____Snigdha Mamillapalli_____,

an active member of the Bar of the U.S. District Court for the District of Connecticut,

respectfully request that the Court admit _____Ilana Roberts_____ pro hac vice to the

Bar of this Court for the purpose of appearing on behalf of ☐ plaintiff(s) ☒ defendant(s)

_____Vincent K. McMahon_____ in the action above.  As the sponsoring attorney, I am a

member of the bar of this Court and have an appearance in this case.  The filing fee has been

paid and I maintain the address listed below.

By Sponsoring Attorney Snigdha Mamillapalli

Address  McCarter & English, LLP          *(print name)*

CityPlace I, 185 Asylum Street Hartford, CT 06103

Phone Number (860) 275-6765          Email smamillapalli@mccarter.com

Federal Bar Number  ct31142

Signature  /s/ Snigdha Mamillapalli

**AFFIDAVIT OF VISTING ATTORNEY**

I, _____ Ilana Roberts _____, make this affidavit in support of

a motion to appear pro hac vice pursuant to Local Rule 83.1(d):

a)  My office information is:

| Firm | Akin Gump Strauss Hauer & Feld LLP |
|---|---|
| Address | One Bryant Park, New York, New York 10036 |
| Phone Number | (212) 872-1063 |
| Fax | 212-872-1002 |
| Email | iroberts@akingump.com |

b)  I am a member of the bar of the following court(s), and I include the corresponding bar identification number(s):

| Court | Bar Number *(or indicate if no bar # issued)* |
|---|---|
| New York | 4337671 |
| United States District Court for the Southern District of N.Y. | 4337671 |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

c)  I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing;

d)  I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court;

or, if I cannot so state as to subsections (c) and (d), then I attach a description in full of the circumstances of any such complaint, denial, discipline, resignation, surrender, or

withdrawal, including the reasons therefor, any penalty, sanction or other discipline imposed, whether such discipline was satisfied, and whether I am currently in good standing in such jurisdiction(s);

e) I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct;

f) I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d), including matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto;

g) I understand that upon admission under this rule I must promptly file with the Clerk of Court a certificate of good standing from the court of the state in which I have my primary office. I acknowledge that the certificate shall be filed no later than 60 days after the date of admission and shall be dated no more than 60 days before the date of admission. I understand that failure to file such certificate will result in the automatic revocation of my visiting attorney status, absent an order of the Court. Furthermore, I understand that upon revocation of my visiting attorney status in one case, the Clerk of the Court shall examine the Court's Docket and revoke my visiting attorney status in all cases in which I have filed an appearance.

Certificate of good standing:

☑ has been included with this filing.
☐ will be filed within 60 days after admission.

h) I will file my appearance with the Court after my admission has been approved.

I hereby certify that the information provided on this form is true, correct, and complete as of this ___3rd___ day of _____April_____, 20 25 .

Signed _____

Print Name  Ilana Roberts _____

Re. 8/8/23



*Appellate Division of the Supreme Court*

*of the State of New York*

*First Judicial Department*

—————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

*Ilana Roberts*

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 7, 2005,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 2, 2025.

*Clerk of the Court*

CertID-00223747



# Supreme Court of the State of New York
## Appellate Division, First Department

**DIANNE T. RENWICK**
PRESIDING JUSTICE

**SUSANNA MOLINA ROJAS**
CLERK OF THE COURT

**MARGARET SOWAH**
DEPUTY CLERK OF THE COURT

**DOUGLAS C. SULLIVAN**
DEPUTY CLERK OF THE COURT

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the First Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Susanna Rojas
Clerk of the Court

Revised October 2020