UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>      Plaintiff,<br><br>      v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS,<br><br>      Defendants. | Civil Action No.: 3:24-cv-00090 (SFR) |

**DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S
<u>MOTION TO STAY DISCOVERY</u>**

    Pursuant to Rule 26(c) of the Federal Rule of Civil Procedure, Defendant World Wrestling Entertainment, LLC ("WWE") respectfully moves this Court for an order staying discovery in this matter. Commencing discovery at this time, at least before adjudication of WWE's and other Defendants' motions to compel arbitration—which will be renewed for a third time as soon as permitted—would be highly inefficient for the Court and the parties, likely resulting in wasted or duplicative efforts and potentially conflicting rulings on discovery motions, and unduly prejudicial to WWE.

    Pursuant to Local Rule 37, and as described in the enclosed Declaration of Daniel J. Toal, the parties have conferred and have been unable to resolve by agreement the issues raised in the present motion.

    For the foregoing reasons, and as set forth more fully in WWE's Memorandum of Law filed herewith, WWE respectfully requests that the Court enter an order staying discovery.

Dated: April 4, 2025

Respectfully submitted,

By: */s/ Daniel J. Toal*

**MORGAN LEWIS & BOCKIUS LLP**

Christopher M. Wasil (ct28578)
One State Street
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2701
Email: michael.dagostino@morganlewis.com

David A. McManus
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701
Email: david.mcmanus@morganlewis.com

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

Daniel J. Toal (phv10907)
Liza M. Velazquez (phv02132)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dtoal@paulweiss.com
lvelazquez@paulweiss.com

Mitchell D. Webber (phv207889)
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7442
Fax: (202) 379-4162
Email: mwebber@paulweiss.com

*Attorneys for Defendant World Wrestling Entertainment, LLC*

**CERTIFICATE OF SERVICE**

I certify that on April 4, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Daniel J. Toal*
Daniel J. Toal