UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT,<br><br>     Plaintiff,<br><br>     v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS,<br><br>     Defendants. | Civil Action No.: 3:24-cv-00090 (SFR) |

**DECLARATION OF DANIEL J. TOAL IN SUPPORT OF
DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S
<u>MOTION TO STAY DISCOVERY</u>**

Pursuant to 28 U.S.C. Section 1746, I, Daniel J. Toal, hereby declare as follows:

1. I am a member at the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, attorneys for World Wrestling Entertainment, LLC ("WWE") in the above-captioned matter.

2. I submit this declaration, pursuant to Local Rule of Civil Procedure 37(a), in support of WWE's Motion to Stay Discovery.

3. On March 24, 2025, counsel for Plaintiff Janel Grant emailed counsel for Defendants a "draft[] Rule 26(f) Report," and stated that if Defendants would not provide their availability for a "meet and confer on the contents of this draft this week . . . Plaintiff intends to file her proposed schedule with the Court."  ECF No. 106-3.

4. On March 27, 2025, counsel for WWE responded to counsel for Grant that "[a] Rule 26(f) conference and report, submitted before our motions to compel arbitration have been resolved, would be premature and inefficient."  Counsel for WWE proceeded to explain its position

and provide authorities in support of its request that discovery be paused at least until Defendants' renewed motions to compel arbitration were decided. Counsel for WWE concluded their email:

> Nevertheless, we would like to avoid the cost and burden to the parties and the Court of yet further, unnecessary motion practice. To that end, we are willing to discuss the matter later this week or early next week.

ECF No. 106-4.

5.  The parties conferred by video conference the following day, March 28, 2025. Despite conferring with Grant's counsel in good faith, the parties were unable to resolve by agreement the issues raised in WWE's Motion to Stay Discovery.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 4, 2025

New York, New York

                                                                 */s/ Daniel J. Toal*
                                                                   Daniel J. Toal