UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-SFR |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; VINCENT K. MCMAHON; and JOHN | ) |
| LAURINAITIS, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT VINCENT K. McMAHON'S ADOPTION AND JOINDER IN DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S <u>MOTION TO STAY DISCOVERY</u>**

Defendant Vincent K. McMahon, by and through his undersigned attorneys, hereby moves for a stay of discovery, and adopts and joins in Defendant World Wrestling Entertainment, LLC's Motion to Stay Discovery and its Memorandum of Law in Support of its Motion to Stay Discovery (Dk. # 109), and the legal arguments advanced therein, in their entirety.

Date: April 4, 2025

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:  /s/ *Jessica T. Rosenberg*

Jessica T. Rosenberg
  (admitted *pro hac vice*)
Ilana Roberts
  (*pro hac vice* pending)
One Bryant Park
New York, NY  10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jrosenberg@akingump.com
iroberts@akingump.com

2

        **McCARTER & ENGLISH, LLP**
        James A. Budinetz (ct16068)
        Snigdha Mamillapalli (ct31142)
        CityPlace I, 185 Asylum Street
        Hartford, CT  06103
        Telephone: (860) 275-6765
        Facsimile: (860) 724-3397
        jbudinetz@mccarter.com
        smamillapalli@mccarter.com

        *Attorneys for Defendant*
        *Vincent K. McMahon*

## **CERTIFICATE OF SERVICE**

    I certify that on April 4, 2025 a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                                             */s/ Jessica T. Rosenberg*