# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
|       Plaintiff, | )   Civil Action No. 3:24-cv-00090-JAM |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., a/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, | ) ) ) ) |
| | ) |
|       Defendants. | ) |

## DEFENDANT JOHN LAURINAITIS' ADOPTION OF AND JOINDER IN DEFENDANT WORLD WRESTLING ENTERTAINMENT, LLC'S MOTION TO STAY DISCOVERY

Defendant John Laurinaitis, by and through his undersigned attorneys, hereby move for a stay of discovery, and adopts and joins Defendant World Wrestling Entertainment, LLC's Motion to Stay Discovery and its Memorandum of Law in Support of its Motion to Stay Discovery (Dk. #109), and the legal arguments advanced therein, in their entirety.

Date: April 7, 2025

Respectfully submitted,

**LAW OFFICES OF
EDWARD M. BRENNAN, P.A.**
Edward M. Brennan *(phv207868)*
18534 N. Dale Mabry Highway
Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

2

                                           **Mitchell & Sheahan, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

## CERTIFICATE OF SERVICE

I certify that on April 7, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                                             */s/ Edward M. Brennan*