# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JANEL GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-00090-SFR |
| v. | ) | |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) | |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) | |
| LLC; VINCENT K. MCMAHON; and JOHN | ) | |
| LAURINAITIS, | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION AND [PROPOSED] ORDER CLARIFYING SCHEDULE

WHEREAS, on January 25, 2024, Plaintiff Janel Grant filed a Complaint against Defendants World Wrestling Entertainment, LLC, Vincent K. McMahon, and John Laurinaitis, initiating the above-captioned action in this Court (ECF No. 1);

WHEREAS, the Defendants have twice filed pre-answer motions to compel arbitration, both of which the Court has denied without prejudice to renew (ECF Nos. 68, 93);

WHEREAS, on May 7, 2025, the Court entered an order granting Plaintiff's motion to amend the Complaint, and ordered that Plaintiff file the Amended Complaint on or before May 14, 2025 (ECF No. 115);

WHEREAS, on May 7, 2025, the Court entered an order granting Defendants' motions to stay discovery, staying Rule 26(f) requirements, and setting a briefing schedule for Defendants' forthcoming renewed motions to compel arbitration, which schedule requires Defendants to renew their respective motions by June 13, 2025, and which also sets a schedule for Plaintiff to move for motion-related discovery (ECF No. 116);

WHEREAS, on May 7, 2025, Plaintiff filed the Amended Complaint (ECF No. 117);

WHEREAS, the parties have conferred and agree that the Court's May 7, 2025 schedule (ECF No. 116) governs the forthcoming deadlines in this case, and otherwise serves to suspend any deadlines that would have otherwise been imposed to answer, move, or otherwise respond to the Amended Complaint;

IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, subject to the approval of the Court, that:

1. Any applicable deadline(s), pursuant to the Federal Rules of Civil Procedure for Defendants to serve answers, other responsive pleadings, or motions, including any motions pursuant to Federal Rule of Civil Procedure 12(b), shall be suspended pending the Court's adjudication of Defendants' motions to compel arbitration;

2. In the event that the Court denies, in whole or in part, one or more of Defendants' motions to compel arbitration, the Defendant(s) whose motion(s) have been denied shall serve answers or responsive pleadings, including any motions pursuant to Federal Rule of Civil Procedure 12(b), within 30 days after the Court denies the motion(s) to compel arbitration; and

3. In the event Defendants file any motions, other than their motions to compel arbitration, including any motions pursuant to Federal Rule of Civil Procedure 12(b), Plaintiff shall have 30 days to oppose, and Defendants shall have 21 days thereafter for any reply.

Date: May 21, 2025

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:    */s/ Jessica T. Rosenberg*

      Jessica T. Rosenberg
        (admitted *pro hac vice*)
      Ilana Roberts
        (admitted *pro hac vice*)
      One Bryant Park
      New York, NY  10036
      Telephone: (212) 872-1000
      Facsimile: (212) 872-1002
      JRosenberg@akingump.com
      iroberts@akingump.com

      **McCARTER & ENGLISH, LLP**
      James A. Budinetz (ct16068)
      Snigdha Mamillapalli (ct31142)
      CityPlace I, 185 Asylum Street
      Hartford, CT  06103
      Telephone: (860) 275-6765
      Facsimile: (860) 724-3397
      jbudinetz@mccarter.com
      smamillapalli@mccarter.com

      *Attorneys for Defendant*
      *Vincent K. McMahon*

By:    */s/ Christopher M. Wasil*

      **MORGAN LEWIS & BOCKIUS LLP**
      Christopher M. Wasil (ct28578)
      One State Street
      Hartford, CT 06103-3178
      Phone: (860) 240-2700
      Fax: (860) 240-2701
      Email: michael.dagostino@morganlewis.com

      David A. McManus
      One Federal Street
      Boston, MA 02110-1726
      Phone: (617) 341-7700
      Fax: (617) 341-7701
      Email: david.mcmanus@morganlewis.com

**PAUL, WEISS, RIFKIND,
  WHARTON & GARRISON LLP**

Daniel J. Toal (phv10907)
Liza M. Velazquez (phv02132)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dtoal@paulweiss.com
        lvelazquez@paulweiss.com

Mitchell D. Webber (phv207889)
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7442
Fax: (202) 379-4162
Email: mwebber@paulweiss.com

*Attorneys for Defendant World Wrestling
Entertainment, LLC*

By:    */s/ Edward M. Brennan*

**LAW OFFICE OF EDWARD M. BRENNAN,
P.A.**
Edward M. Brennan (*pro hac vice*)
18534 N. Dale Mabry Highway
Tampa, Florida 33558
Phone: (813) 224-9141
Email: ebrennan@edbrennanlaw.com

*Attorneys for Defendant John Laurinaitis*

**MITCHELL & SHEAHAN, P.C.**

Robert B. Mitchell (ct02662)
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone: (203) 873-0240
Fax: (203) 873-0235
Email: rbmitchell@mitchellandsheahan.com

By:    */s/ Eric D. Holland*

**HOLLAND LAW FIRM, LLC**

Eric D. Holland (*pro hac vice*)
Gregory R. Jones (*pro hac vice*)
211 North Broadway, Suite 2625
St. Louis, MO 63102
Phone: (314) 241-8111
Fax: (314) 241-5554
Email: eholland@hollandtriallawyers.com
       gjones@hollandtriallawyers.com

Ann E. Callis (*pro hac vice*)
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
Phone: (618) 452-1323
Fax: (618)452-8024
Email: acallis@hollandtriallawyers.com

*Attorneys for Plaintiff Janel Grant*

SO ORDERED this __ day of _____, 2025.

_____

SARAH F. RUSSELL
United States District Judge

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 21, 2025, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Jessica T. Rosenberg*