# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | : |
| | : |
| Plaintiff, | : Case No.: 3:24-cv-00090-SFR |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; VINCENT K. MCMAHON; and JOHN LAURINAITIS, | : |
| | : |
| Defendants. | : May 28, 2025 |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Janel Grant hereby stipulates with Defendant John Laurinaitis that the above-entitled action is voluntarily dismissed, with prejudice, against Defendant John Laurinaitis. For the sake of clarity, Plaintiff is not dismissing any claims against any defendant other than Mr. Laurinaitis. Each party shall bear its own costs.

Respectfully submitted,

/s/ Julie V. Pinette
David A. Slossberg (ct13116)
Julie V. Pinette (ct30573)
Erica O. Nolan (ct31097)
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
DSlossberg@hssklaw.com
JPinette@hssklaw.com
ENolan@hssklaw.com

**HOLLAND LAW FIRM, LLC**
Eric D. Holland
Gregory R. Jones
211 North Broadway, Suite 2625
St. Louis, MO 63102
(314) 241-8111 Telephone
(314) 241-5554 Facsimile
eholland@hollandtriallawyers.com
gjones@hollandtriallawyers.com

Ann E. Callis
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
(618) 452-1323 Telephone
(618) 452-8024 Facsimile
acallis@hollandtriallawyers.com

*Attorneys for Plaintiff Janel Grant*

**LAW OFFICE OF
EDWARD M. BRENNAN, P.A.**
Edward M. Brennan (phv207868)
18534 N. Dale Mabry Highway
Lutz, FL 33548
Telephone: (813) 224-9141
ebrennan@edbrennanlaw.com
tammy@edbrennanlaw.com

**MITCHELL & SHEAHAN, P.C.**
Robert B. Mitchell
999 Oronoque Lane, Suite 203
Stratford, CT 06614
Phone 203 873 0240
Fax 203 873 0235
rbmitchell@mitchellandsheahan.com

*Attorneys for Defendant John Laurinaitis*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 28, 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

                                        */s/ Julie V. Pinette*
                                        Julie V. Pinette