# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | ) |
| | ) |
| Plaintiff, | ) Civil Action No. 3:24-cv-00090-SFR |
| v. | ) |
| | ) |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) |
| LLC; and VINCENT K. MCMAHON, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## **DEFENDANT VINCENT K. McMAHON'S MOTION TO COMPEL ARBITRATION**

Defendant Vincent K. McMahon, by and through his undersigned attorneys, respectfully moves this Court for an order compelling arbitration of this matter pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 3, 4, for the reasons set forth more fully in the accompanying memorandum of law, Declaration of Vincent K. McMahon, and Local Rule 56.1 Statement of Undisputed Material Facts. Defendant McMahon further moves the Court for such other and further relief as the Court may deem just and proper.

**ORAL ARGUMENT REQUESTED**

| | |
|---|---|
| Date: June 13, 2025 | Respectfully submitted,<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP** |
| By: | */s/ Jessica T. Rosenberg*<br><br>Jessica T. Rosenberg<br>  (admitted *pro hac vice*)<br>Ilana Roberts<br>  (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY  10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>jrosenberg@akingump.com<br>iroberts@akingump.com<br><br>**McCARTER & ENGLISH, LLP**<br>James A. Budinetz (ct16068)<br>Snigdha Mamillapalli (ct31142)<br>CityPlace I, 185 Asylum Street<br>Hartford, CT  06103<br>Telephone: (860) 275-6765<br>Facsimile: (860) 724-3397<br>jbudinetz@mccarter.com<br>smamillapalli@mccarter.com<br><br>*Attorneys for Defendant*<br>*Vincent K. McMahon* |

## **CERTIFICATE OF SERVICE**

  I certify that on June 13, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

                */s/ Jessica T. Rosenberg*