UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT, | : |
| | : |
| Plaintiff, | : Case No.: 3:24-cv-00090-SFR |
| | : |
| vs. | : |
| | : |
| WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; and VINCENT K. MCMAHON; | : June 23, 2025 |
| | : |
| Defendants. | : |
| | : **ORAL ARGUMENT REQUESTED** |
| | : |

**PLAINTIFF'S MOTION FOR LEAVE TO SERVE MOTION-RELATED DISCOVERY**

Pursuant to Rules 26 and 56 of the Federal Rules of Civil Procedure and the Court's May 7, 2025 Order (ECF No. 116), Plaintiff Janel Grant respectfully moves the Court for leave to serve motion-related discovery in connection with Defendants Vince K. McMahon and World Wrestling Entertainment, Inc. n/k/a World Wrestling Entertainment, LLC's ("WWE") respective motions to compel arbitration. *See* ECF Nos. 122, 124.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Plaintiff respectfully requests on Order granting her leave to serve motion-related discovery and extending the deadline for Plaintiff's Opposition to Defendants' motions to compel arbitration, and any other or further relief as this Court deems just and proper.

PLAINTIFF JANEL GRANT

By */s/ Ann E. Callis*
HOLLAND LAW FIRM, LLC
Eric D. Holland (phv207692)
Gregory R. Jones (phv207693)
211 North Broadway, Suite 2625
St. Louis, MO 63102
Tel: (314) 241-8111/Fax: (314) 241-5554
eholland@hollandtriallawyers.com
gjones@hollandtriallawyers.com

Ann E. Callis (phv207694)
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
Tel: (618) 452-1323/Fax: (618) 452-8024
acallis@hollandtriallawyers.com

*/s/ Julie V. Pinette*
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Julie V. Pinette (ct30573)
HURWITZ, SAGARIN, SLOSSBERG & KNUFF, LLC
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
DSlossberg@hssklaw.com
ENolan@hssklaw.com
JPinette@hssklaw.com

2

## **CERTIFICATE OF SERVICE**

      This is to certify that on June 23, 2025, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

                                                        */s/ Julie V. Pinette*
                                                        Julie V. Pinette