**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANEL GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-00090-SFR |
| v. | ) | |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) | |
| n/k/a WORLD WRESTLING ENTERTAINMENT, | ) | February 18, 2026 |
| LLC and VINCENT K. MCMAHON, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT NOTICE

PLEASE TAKE NOTICE the undersigned parties have conferred regarding the directives

outlined in the Court's Order dated February 6, 2026 (ECF No. 130), and respectfully submit this

Joint Notice:

1.      The parties agree to and respectfully propose the following briefing schedule for

Defendants' Motions to Compel Arbitration and any renewal of Plaintiff's Motion for Leave to

Take Discovery:

- **April 1, 2026** – Deadline for: (i) Plaintiff's opposition to the motions to compel arbitration, and (ii) any renewal of Plaintiff's motion for leave to take discovery relating to the motions to compel arbitration.

- **May 13, 2026** – Deadline for: (i) Defendants' optional replies in support of their motion to compel arbitration, and (ii) Defendants' oppositions to any renewed motion for leave to take discovery relating to the motions to compel arbitration.

2.      The parties agree to and respectfully propose a date in June 2026 for oral argument

on Defendants' Motions to Compel Arbitration, **with the exception of the following dates**: June

9-10 and June 22-26.

3.      The parties have conferred regarding potential referral of this case to a magistrate judge for purposes of a settlement conference. The parties respectfully state that they do not seek referral to a magistrate judge for a settlement conference at this time.

Dated: February 18, 2026                              Respectfully submitted,

By:     */s/ Eric D. Holland*
        **HOLLAND LAW FIRM, LLC**
        Eric D. Holland (*pro hac vice*)
        Gregory R. Jones (*pro hac vice*)
        211 North Broadway, Suite 2625
        St. Louis, MO 63102
        Phone: (314) 241-8111
        Fax: (314) 241-5554
        Email: eholland@hollandtriallawyers.com
                gjones@hollandtriallawyers.com

        Ann E. Callis (*pro hac vice*)
        6181 Bennett Drive, Suite 210
        Edwardsville, Illinois 62025
        Phone: (618) 452-1323
        Fax: (618)452-8024
        Email: acallis@hollandtriallawyers.com

By:     */s/ Erica O. Nolan*
        David A. Slossberg (ct13116)
        Erica O. Nolan (ct31097)
        HURWITZ SAGARIN & SLOSSBERG, LLC
        135 Broad Street
        Milford, CT 06460
        Tel: (203) 877-8000/Fax: (203) 878-9800
        DSlossberg@hss.law
        ENolan@hss.law

        *Attorneys for Plaintiff Janel Grant*

2

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:    */s/ Jessica T. Rosenberg*
Jessica T. Rosenberg
  (admitted *pro hac vice*)
Ilana Roberts
  (admitted *pro hac vice*)
One Bryant Park
New York, NY  10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
JRosenberg@akingump.com
iroberts@akingump.com

**McCARTER & ENGLISH, LLP**
James A. Budinetz (ct16068)
Snigdha Mamillapalli (ct31142)
CityPlace I, 185 Asylum Street
Hartford, CT  06103
Telephone: (860) 275-6765
Facsimile: (860) 724-3397
jbudinetz@mccarter.com
smamillapalli@mccarter.com

*Attorneys for Defendant*
*Vincent K. McMahon*

By:    */s/ Daniel J. Toal*
**PAUL, WEISS, RIFKIND,**
  **WHARTON & GARRISON LLP**
Daniel J. Toal (phv10907)
Liza M. Velazquez (phv02132)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email:  dtoal@paulweiss.com
      lvelazquez@paulweiss.com

Mitchell D. Webber (phv207889)
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7442
Fax: (202) 379-4162
Email: mwebber@paulweiss.com

3

**MORGAN LEWIS & BOCKIUS LLP**
Christopher M. Wasil (ct28578)
One State Street, 22nd FL
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2701
Email: christopher.wasil@morganlewis.com

David A. McManus
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701
Email: david.mcmanus@morganlewis.com


*Attorneys for Defendant World Wrestling*
*Entertainment, LLC*

4

## **CERTIFICATE OF SERVICE**

I certify that on February 18, 2026, a copy of the foregoing was filed electronically.  Notice

of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's CM/ECF system.


*/s/ Erica O. Nolan*
Erica O. Nolan

5