AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | | |
|---|---|---|
| Janel Grant | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:24-cv-00090-SFR |
| World Wrestling Entertainment, Inc. et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Janel Grant                                                                                                 .

Date:  _____03/27/2026_____                                    _____/s/ Aaron C. Lang_____
                                                                                                    *Attorney's signature*

                                                                                    _____Aaron C. Lang (51511)_____
                                                                                        *Printed name and bar number*

                                                                                    Nelson Mullins Riley & Scarborough LLP
                                                                                                301 S. College Street
                                                                                                Charlotte, NC 28202
                                                                                    _____
                                                                                                        *Address*

                                                                                    _____aaron.lang@nelsonmullins.com_____
                                                                                                    *E-mail address*

                                                                                    _____(704) 417-3012_____
                                                                                                *Telephone number*

                                                                                    _____(704) 377-4814_____
                                                                                                    *FAX number*