UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JANEL GRANT<br><br>        Plaintiff,<br><br>v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC. n/k/a WORLD WRESTLING ENTERTAINMENT, LLC; and VINCENT K. MCMAHON,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.: 3:24-cv-00090-SFR

April 1, 2026

**PLAINTIFF'S RENEWED MOTION FOR LEAVE
TO SERVE MOTION-RELATED DISCOVERY**

Pursuant to Rules 26 and 56 of the Federal Rules of Civil Procedure and the Court's May 7, 2025 Order (ECF No. 116) and February 23, 2026 Order (ECF No. 132), Plaintiff, through the undersigned attorneys, respectfully files this Renewed Motion for Leave to Serve Motion-Related Discovery in connections with Vincent K. McMahon and World Wrestling Entertainment, Inc.'s respective motions to compel arbitration.  *See* ECF Nos. 122, 124.

WHEREFORE, for the reasons set forth in the accompanying memorandum of law, Plaintiff respectfully requests an Order granting her Renewed Motion for Leave to Serve Motion Related Discovery, denying or staying Defendants' motions to compel arbitration until after this discovery is completed, and granting any other or further relief as this Court deems just and proper.

**ORAL ARGUMENT REQUESTED**

Dated: April 1, 2026

**PLAINTIFF JANEL GRANT**

*/s/ Ann E. Callis*

HOLLAND LAW FIRM, LLC
Eric D. Holland (phv207692)
Gregory R. Jones (phv207693)
211 North Broadway, Suite 2625
St. Louis, MO 63102
Tel: (314) 241-8111/Fax: (314) 241-5554
eholland@hollandtriallawyers.com
gjones@hollandtriallawyers.com

Ann E. Callis (phv207694)
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
Tel: (618) 452-1323/Fax: (618) 452-8024
acallis@hollandtriallawyers.com

*/s/ Aaron C. Lang*

Aaron C. Lang (phv51511)
NELSON MULLINS RILEY & SCARBOROUGH LLP
330 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (267) 229-6029/ Fax: (646) 428-2610
Aaron.lang@nelsonmullins.com

*/s/ Erica O. Nolan*

David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Julie V. Pinette (ct30573)
Hurwitz, Sagarin & Slossberg, LLC
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
DSlossberg@hss.law
ENolan@hss.law
JPinette@hss.law

*Attorneys for Plaintiff Janel Grant*

2

3

## **CERTIFICATE OF SERVICE**

This is to certify that on April 1, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

*/s/ Erica O. Nolan*

Erica O. Nolan (ct31097)