# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANEL GRANT, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:24-cv-00090-SFR |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | |
| ENTERTAINMENT, INC. n/k/a WORLD | : | |
| WRESTLING ENTERTAINMENT, LLC; | : | |
| and VINCENT K. MCMAHON; | : | |
| | : | |
| Defendants. | : | |
| | : | |
| _____ | : | |

**[PROPOSED] ORDER ON PLAINTIFF'S RENEWED**
**MOTION FOR LEAVE TO SERVE MOTION-RELATED DISCOVERY**

Upon consideration of Plaintiff's Renewed Motion for Leave to Serve Motion-Related Discovery into the formation of the non-disclosure agreement's ("NDA's") arbitration clause at issue in Defendants' Motions to Compel Arbitration (ECF Nos. 122, 124), and;

It appearing, upon argument of counsel and for good cause shown, that the Motion should be granted,

IT IS HEREBY ORDERED that Plaintiff is granted leave to conduct motion-related discovery into the formation of the NDA's arbitration clause as follows:

1. Defendants' Motions to Compel Arbitration (ECF Nos. 122, 124) are denied without prejudice to allow necessary motion-related discovery pursuant to FRCP 56(d), and with leave to renew as set forth herein.

2. Plaintiffs shall serve any motion-related discovery (the "Requests") on or before _____, **2026**.

2

3. Defendants shall serve any responses and objections to the Requests **ten (10) days** following the date of service.

4. The Parties shall meet and confer regarding the Requests to determine whether the parties can resolve any disputes without further court intervention. Any remaining dispute must be submitted to this Court for resolution on or before _____ **, 2026**.

5. Defendants shall complete their production of documents responsive to the Requests by _____ **, 2026**.

6. Defendants' renewed motions to compel arbitration, if any, shall be submitted **thirty (30) days** following Defendants' certification that its productions are complete.

**ORDERED** this _____ day of _____, 2026.

_____
Sarah F. Russell, United States District Judge