**UNITED STATES DISTRICT COURT**
**FOR THE**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANEL GRANT, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:24-cv-00090-SFR |
| v. | ) | |
| | ) | |
| WORLD WRESTLING ENTERTAINMENT, INC., | ) | |
| a/k/a WORLD WRESTLING ENTERTAINMENT, | ) | |
| LLC; and VINCENT K. MCMAHON, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT VINCENT K. McMAHON'S MOTION TO EXCEED THE PAGE LIMIT FOR THE REPLY MEMORANDUM IN SUPPORT OF HIS MOTION TO COMPEL ARBITRATION**

Pursuant to District of Connecticut Local Rule 7(a)(5), Defendant Vincent K. McMahon respectfully requests a 5-page extension of the 10-page limit imposed by Local Rule 7(d) for his Reply Memorandum in Support of His Motion to Compel Arbitration. In accordance with Local Rule 7(a)(5), Defendant McMahon makes this request at least seven days before the reply filing deadline of May 13, 2026. *See* ECF No. 132 (Order adopting briefing schedule). In support of the instant motion, Defendant states as follows:

1. On June 13, 2025, Defendant McMahon filed a Motion to Compel Arbitration and a Memorandum of Law in Support thereof. ECF Nos. 122, 122-1. Defendant McMahon's Memorandum was 25 pages long. ECF No. 122-1. Defendant McMahon also filed a supporting Declaration two pages in length. ECF No. 122-2.

2. On April 1, 2026, Plaintiff filed a nearly-40-page Memorandum of Law in Opposition to Defendant McMahon's and Defendant WWE's Motions to Compel Arbitration. ECF No. 138. Plaintiff also filed a 33-page, 138-paragraph Declaration accompanied by three exhibits, ECF No. 138-3, and a 26-page, 54-paragraph Expert Declaration. ECF No. 138-4.

1

3.    Defendant McMahon therefore respectfully requests the Court's permission to submit a Reply Memorandum not to exceed fifteen pages.  Defendant McMahon submits that this 5-page extension is necessary to provide the Court with a complete response to Plaintiff's Opposition. Should the Court grant his request, Defendant McMahon will be as concise as possible in responding to all disputed arguments.

WHEREFORE, Defendant McMahon respectfully requests that this Court grant his motion and extend the page limit for his Reply Memorandum in Support of His Motion to Compel Arbitration from 10 to 15 pages.

Dated: May 6, 2026

Respectfully submitted,

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By:    */s/ Jessica T. Rosenberg*

Jessica T. Rosenberg
  (admitted *pro hac vice*)
Ilana Roberts
  (admitted *pro hac vice*)
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
jrosenberg@akingump.com
iroberts@akingump.com

**McCARTER & ENGLISH, LLP**
James A. Budinetz (ct16068)
Snigdha Mamillapalli (ct31142)
McCarter & English, LLP
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6765
Facsimile: (860) 724-3397
jbudinetz@mccarter.com
smamillapalli@mccarter.com

3

## <u>CERTIFICATE OF SERVICE</u>

I certify that on May 6, 2026 a copy of the foregoing was filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.


*/s/ Jessica T. Rosenberg*