# EXHIBIT A

| | |
|---|---|
| **From:** | Greg Jones |
| **To:** | Rosenberg, Jessica; Erica Nolan; Ann Callis; Eric Holland; David Slossberg |
| **Cc:** | Webber, Mitchell; Toal, Daniel J; Roberts, Ilana; Budinetz, James A.; Velazquez, Liza |
| **Subject:** | RE: Grant v. WWE |
| **Date:** | Monday, April 20, 2026 2:30:32 PM |

Jessica,

We will not be producing any materials considered by Dr. Raghavan for her declaration to the defendants at this time. As you know, defendants have opposed discovery in this case from the outset, including in the more narrow context of discovery related to the motion to compel arbitration proceedings. It is also notable that the vast majority of materials (namely, texts, emails, videos and photographs) should also be in the possession, custody and/or control of defendants.

Finally, your reference to Federal Rule of Civil Procedure 26 is inapposite and unavailing, given that discovery is currently stayed in the case.

Best regards,
-Greg

**From:** Rosenberg, Jessica <JRosenberg@akingump.com>
**Sent:** Wednesday, April 15, 2026 2:39 PM
**To:** Erica Nolan <enolan@hss.law>; Greg Jones <gjones@hollandtriallawyers.com>; Ann Callis <acallis@hollandtriallawyers.com>; Eric Holland <eholland@hollandtriallawyers.com>; David Slossberg <dslossberg@hss.law>
**Cc:** Webber, Mitchell <mwebber@paulweiss.com>; Toal, Daniel J <dtoal@paulweiss.com>; Roberts, Ilana <IRoberts@akingump.com>; Budinetz, James A. <jbudinetz@mccarter.com>; Velazquez, Liza <lvelazquez@paulweiss.com>
**Subject:** Grant v. WWE

CAUTION: Email from external source. Ensure email is from trusted external sender. Do not open attachments/links unless you know contents are safe.

Erica, Greg and Team:

As you know, we represent Vince McMahon in the CT litigation.  We have reviewed your most recent filing and write to request "all materials 'considered'" by Dr. Chitra Raghavan in forming the opinions reflected in her declaration (Dkt. No. 138-4), including, but not limited to, any notes from the purported 30 ours of clinical interviews with Plaintiff, results and notes associated with psychological testing performed, and the "approximately 81,000 texts, emails, videos, and photographs provided by Ms. Grant as well as those produced by the DOJ."  Dr. Raghavan Decl. ¶¶ 2-4; *see also* *Laszczak v. Autozone, Inc.*, No. 06-cv-1954, 2008 WL 11377711, at * (D. Conn. June 19, 2009) (holding that under FRCP 26(a)(2)(B)(ii), "all materials 'considered' by a testifying expert witness in forming her opinion are fully discoverable by the adverse party" (citations omitted)).

We need the materials to respond to your submission.  Please produce the documents by April 22nd.

I'm copying counsel for the other defendants in the case for transparency.

Thank you,
Jessica

This email message was sent from Akin Gump Strauss Hauer & Feld LLP. The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message