**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| JANEL GRANT, | : | |
| | : | |
| Plaintiff, | : | Case No.: 3:24-cv-00090-SFR |
| | : | |
| vs. | : | |
| | : | |
| WORLD WRESTLING | : | July 10, 2026 |
| ENTERTAINMENT, INC. n/k/a WORLD | : | |
| WRESTLING ENTERTAINMENT, LLC | : | |
| and VINCENT K. MCMAHON, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**JOINT STATUS REPORT AND MOTION FOR EXTENSION**

PLEASE TAKE NOTICE that the parties respectfully submit this joint status report and motion for a 10-day extension to the adjournment of the hearing on Defendants' Motions to Compel Arbitration and Plaintiff's Renewed Motion for Leave to Serve Motion-Related Discovery (collectively, the "Motions"). The parties respectfully advise the Court as follows:

1. The parties continue their active discussions regarding a potential agreement to arbitrate the dispute in confidential arbitration that would moot the Motions.

2. Since the parties' June 11, 2026 submission of their Joint Motion for Adjournment, the parties have come to consensus on a number of terms that would allow for such an agreement to be reached; however, several terms are still being reviewed and negotiated.

3. The parties believe that an additional short 10-day extension will allow them to ascertain whether or not an agreement can be reached. The parties respectfully propose that the Court extend the temporary adjournment of the hearing on the Motions to allow them to file an additional Joint Status Report within 10 days, which will include the parties' availability for a hearing on the Motions if an agreement to arbitrate is not reached.

Dated: July 10, 2026

Respectfully submitted,


By  */s/ Ann E. Callis*
**HOLLAND LAW FIRM, LLC**
Eric D. Holland (phv207692)
Gregory R. Jones (phv207693)
211 North Broadway, Suite 2625
St. Louis, MO 63102
Tel: (314) 241-8111/Fax: (314) 241-5554
eholland@hollandtriallawyers.com
gjones@hollandtriallawyers.com

Ann E. Callis (phv207694)
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
Tel: (618) 452-1323/Fax: (618) 452-8024
acallis@hollandtriallawyers.com

*/s/ Aaron C. Lang*
Aaron C. Lang (phv209310)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
330 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (267) 229-6029
aaron.lang@nelsonmullins.com

*/s/ Erica O. Nolan*
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Julie V. Pinette (ct30573)
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
DSlossberg@hss.law
ENolan@hss.law
JPinette@hss.law

*Attorneys for Plaintiff Janel Grant*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By  */s/ Jessica T. Rosenberg*

    Jessica T. Rosenberg
     (admitted *pro hac vice*)
    Ilana Roberts
     (admitted *pro hac vice*)
    One Bryant Park
    New York, NY 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    JRosenberg@akingump.com
    iroberts@akingump.com

**McCARTER & ENGLISH, LLP**
James A. Budinetz (ct16068)
Snigdha Mamillapalli (ct31142)
CityPlace 1, 185 Asylum Street
Hartford, CT 06103
Telephone: (860) 275-6765
Facsimile: (860) 724-3397
jbudinetz@mccarter.com
smamillapalli@mccarter.com

*Attorneys for Defendant*
*Vincent K. McMahon*

By  */s/ Daniel J. Toal*

    **PAUL, WEISS, RIFKIND,**
     **WHARTON & GARRISON LLP**
    Daniel J. Toal (phv10907)
    Liza M. Velazquez (phv02132)
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Phone: (212) 373-3000
    Fax: (212) 757-3990
    Email: dtoal@paulweiss.com
         lvelazquez@paulweiss.com
    Mitchell D. Webber (phv207889)
    2001 K Street, NW
    Washington, DC 20006-1047
    Phone: (202) 223-7442
    Fax: (202) 379-4162
    Email: mwebber@paulweiss.com

**MORGAN LEWIS & BOCKIUS LLP**
Christopher M. Wasil (ct28578)
One State Street, 22" FL
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2701
Email: christopher.wasil@morganlewis.com

David A. McManus
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701
Email: david.mcmanusO'morganlewis.com

*Attorneys for Defendant World Wrestling*
*Entertainment, LLC*

4

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on July 10, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

/s/ Erica O. Nolan
Erica O. Nolan (ct31097)