**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| JANEL GRANT,<br><br>                Plaintiff,<br><br>      v.<br><br>WORLD WRESTLING ENTERTAINMENT, INC.<br>n/k/a WORLD WRESTLING ENTERTAINMENT,<br>LLC; and VINCENT K. MCMAHON,<br><br>                Defendants. | Civil Action No.: 3:24-cv-00090 (SFR)<br><br>July 20, 2026 |

**JOINT STATUS REPORT**

Pursuant to the Court's July 13, 2026 order, ECF No. 151, Plaintiff Janel Grant, Defendant

World Wrestling Entertainment, LLC, and Defendant Vincent K. McMahon (together, the

"Parties") jointly report that the Parties have executed an agreement to arbitrate their dispute.

Pursuant to that agreement, within five business days, Plaintiff shall execute and cause to be filed

a Stipulation of Voluntary Dismissal with Prejudice causing the action to be dismissed in its

entirety, as to both remaining defendants, but without prejudice to the Parties' rights to pursue

their claims and defenses in arbitration.

Dated: July 20, 2026

                Respectfully submitted,

                By: */s/ Ann E. Callis*

                **HOLLAND LAW FIRM**

                Eric D. Holland (phv207692)
                Gregory R. Jones (phv207693)

211 North Broadway, Suite 2625
St. Louis, MO 63102
Phone: (314) 241-8111
Fax: (314) 241-5554
Email: eholland@hollandtriallawyers.com
        gjones@hollandtriallawyers.com

Ann E. Callis (phv207694)
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
Phone: (618) 452-1323
Fax: (618) 452-8024
Email: acallis@hollandtriallawyers.com

**NELSON MULLINS RILEY &
SCARBOROUGH LLP**

Aaron C. Lang (phv209310)
330 Madison Avenue, 27th Floor
New York, New York 10017
Phone: (267) 229-6029
Emal: Aaron.lang@nelsonmullins.com

**HURWITZ, SAGARIN & SLOSSBERG, LLC**

David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Julie V. Pinette (ct30573)
Broad Street Milford, CT 06460
Phone: (203) 877-8000
Fax: (203) 878-9800
Email: DSlossberg@hss.law
        ENolan@hss.law
        JPinette@hss.law

*Attorneys for Plaintiff Janel Grant*

By: */s/ Daniel J. Toal*

**MORGAN LEWIS & BOCKIUS LLP**

Christopher M. Wasil (ct28578)
One State Street
Hartford, CT 06103-3178

2

Phone: (860) 240-2700
Fax: (860) 240-2701
Email: christopher.wasil@morganlewis.com

David A. McManus
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701
Email: david.mcmanus@morganlewis.com

**PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP**

Daniel J. Toal (phv10907)
Liza M. Velazquez (phv02132)
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
Email: dtoal@paulweiss.com
        lvelazquez@paulweiss.com

Mitchell D. Webber (phv207889)
2001 K Street, NW
Washington, DC 20006-1047
Phone: (202) 223-7442
Fax: (202) 379-4162
Email: mwebber@paulweiss.com

*Attorneys for Defendant World Wrestling
Entertainment, LLC*


By: */s/ Jessica T. Rosenberg*

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Jessica T. Rosenberg (admitted *pro hac vice*)
Ilana Roberts (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Phone: (212) 872-1000
Fax: (212) 872-1002
Email: jrosenberg@akingump.com
        iroberts@akingump.com

3

**McCARTER & ENGLISH, LLP**

James A. Budinetz (ct16068)
Snigdha Mamillapalli (ct31142)
CityPlace I, 185 Asylum Street
Hartford, CT 06103
Phone: (860) 275-6765
Fax: (860) 724-3397
Email: jbudinetz@mccarter.com
          smamillapalli@mccarter.com

*Attorneys for Defendant Vincent K. McMahon*

4

**CERTIFICATE OF SERVICE**

I certify that, on July 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

*/s/ Daniel J. Toal*

Daniel J. Toal