# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

JANEL GRANT,      :
          :
  Plaintiff,     : Case No.: 3:24-cv-00090-SFR
          :
vs.         :
          :
WORLD WRESTLING    : July 24, 2026
ENTERTAINMENT, INC. n/k/a WORLD :
WRESTLING ENTERTAINMENT, LLC :
and VINCENT K. MCMAHON,  :
          :
  Defendants.   :
          :

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Janel Grant, by and through her undersigned counsel, hereby files this voluntary dismissal of the above-captioned action.  Plaintiff, Defendant World Wrestling Entertainment, LLC, and Defendant Vincent K. McMahon (together, the "Parties") stipulate and agree that this action and all claims pled herein are hereby dismissed with prejudice, but without prejudice as to the Parties' rights to pursue their claims and defenses in arbitration in accordance with their agreement to arbitrate.


Dated: July 24, 2026


        Respectfully submitted,


       By  */s/ Ann E. Callis*
        **HOLLAND LAW FIRM, LLC**
        Eric D. Holland (phv207692)
        Gregory R. Jones (phv207693)
        211 North Broadway, Suite 2625
        St. Louis, MO 63102

Tel: (314) 241-8111/Fax: (314) 241-5554
eholland@hollandtriallawyers.com
gjones@hollandtriallawyers.com

Ann E. Callis (phv207694)
6181 Bennett Drive, Suite 210
Edwardsville, Illinois 62025
Tel: (618) 452-1323/Fax: (618) 452-8024
acallis@hollandtriallawyers.com

/s/ Aaron C. Lang
Aaron C. Lang (phv209310)
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
330 Madison Avenue, 27th Floor
New York, New York 10017
Tel: (267) 229-6029
aaron.lang@nelsonmullins.com

/s/ Erica O. Nolan
David A. Slossberg (ct13116)
Erica O. Nolan (ct31097)
Julie V. Pinette (ct30573)
**HURWITZ, SAGARIN & SLOSSBERG, LLC**
135 Broad Street
Milford, CT 06460
Tel: (203) 877-8000/Fax: (203) 878-9800
DSlossberg@hss.law
ENolan@hss.law
JPinette@hss.law

*Attorneys for Plaintiff Janel Grant*

2

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By  */s/ Jessica T. Rosenberg*
    Jessica T. Rosenberg
     (admitted *pro hac vice*)
    Ilana Roberts
     (admitted *pro hac vice*)
    One Bryant Park
    New York, NY 10036
    Telephone: (212) 872-1000
    Facsimile: (212) 872-1002
    JRosenberg@akingump.com
    iroberts@akingump.com

    **McCARTER & ENGLISH, LLP**
    James A. Budinetz (ct16068)
    Snigdha Mamillapalli (ct31142)
    CityPlace 1, 185 Asylum Street
    Hartford, CT 06103
    Telephone: (860) 275-6765
    Facsimile: (860) 724-3397
    jbudinetz@mccarter.com
    smamillapalli@mccarter.com

    *Attorneys for Defendant*
    *Vincent K. McMahon*


By  */s/ Daniel J. Toal*
    **PAUL, WEISS, RIFKIND,**
     **WHARTON & GARRISON LLP**
    Daniel J. Toal (phv10907)
    Liza M. Velazquez (phv02132)
    1285 Avenue of the Americas
    New York, NY 10019-6064
    Phone: (212) 373-3000
    Fax: (212) 757-3990
    Email: dtoal@paulweiss.com
         lvelazquez@paulweiss.com

    Mitchell D. Webber (phv207889)
    2001 K Street, NW
    Washington, DC 20006-1047
    Phone: (202) 223-7442
    Fax: (202) 379-4162
    Email: mwebber@paulweiss.com

3

**MORGAN LEWIS & BOCKIUS LLP**
Christopher M. Wasil (ct28578)
One State Street, 22" FL
Hartford, CT 06103-3178
Phone: (860) 240-2700
Fax: (860) 240-2701
Email: christopher.wasil@morganlewis.com

David A. McManus
One Federal Street
Boston, MA 02110-1726
Phone: (617) 341-7700
Fax: (617) 341-7701
Email: david.mcmanusO'morganlewis.com

*Attorneys for Defendant World Wrestling
Entertainment, LLC*

4

5

## CERTIFICATE OF SERVICE

This is to certify that on July 24, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to all parties that are unable to accept electronic filing. Parties may access this filing through the Court's electronic system.

/s/ Erica O. Nolan
Erica O. Nolan (ct31097)